Miclat2.LES

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIT B207, APUSENTO GARDEN, ) <br> DESCRIBED AS LOT 3381-9NEW-NEW- ) <br> H207, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. **07-00006** <br><br> **LIS PENDENS** |

NOTICE IS HEREBY GIVEN that the forgoing action has been commenced and is now pending in the United States for the District of Guam between the United States of America and the above-entitled defendant,

    UNIT B207 APUSENTO GARDEN, DESCRIBED

    AS LOT 3381-9NEW-NEW-B207.

For further information concerning the forfeiture, reference may be had to the records of the Clerk of Court for the United States District Court at Hagatna, Guam.

\\

\\

-1-

That title to the said real property is recorded in the name of Romy M. Miclat and Aniceta C. Miclat.

DATED this 29th day of March, 2007.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the NMI

By:     */s/ Karon V. Johnson*
          KARON V. JOHNSON
          Assistant U.S. Attorney

- 2 -