1  Miclat5.LES

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortes
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334/7215

7  Attorneys for United States of America

8

**FILED**

DISTRICT COURT OF GUAM

MAR 30 2007 nbo

**MARY L.M. MORAN
CLERK OF COURT**

9

   **IN THE UNITED STATES DISTRICT COURT**

10                **FOR THE TERRITORY OF GUAM**

11 UNITED STATES OF AMERICA,          )    CIVIL CASE NO. 07-00006
                                      )
12              Plaintiff,            )
                                      )
13        vs.                         )    **LIS PENDENS**
                                      )
14 LOT NO. 19-1, TRACT NO. 292,       )
   MUNICIPALITY OF YIGO, GUAM,        )
15                                    )
              Defendant.              )
16 _____)

17        NOTICE IS HEREBY GIVEN that the forgoing action has been commenced and is now

18 pending in the United States for the District of Guam between the United States of America and

19 the above-entitled defendant,

20              LOT NO. 19-1, TRACT NO. 292,

21              MUNICIPALITY OF YIGO, GUAM.

22        For further information concerning the forfeiture, reference may be had to the records of

23 the Clerk of Court for the United States District Court at Hagatna, Guam.

24 \\

25 \\

26 \\

27

28                                    -1-

ORIGINAL

1  That title to the said real property is recorded in the name of Romy M. Miclat and

2  Aniceta C. Miclat.

3      DATED this 29th day of March, 2007.

4                                          LEONARDO M. RAPADAS
                                           United States Attorney
5                                          Districts of Guam and the NMI

6

7                          By:    _____
                                  KARON V. JOHNSON
8                                 Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  -  2  -