1  DANILO T. AGUILAR
   Attorney at Law
2  First Floor, San Jose Court Building
   Cor. Ghiyeghi St. & Wischira Way, San Jose
3  P.O. Box 505301
   Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5
   Guam Address:
6  c/o BRONZE & TANG
   Suite 107-C, J & G Commercial & Professional Center
7  138 East Marine Corps Drive
   Hagatña, Guam 96910
8  Telephone: (671) 477-2392
9  Facsimile: (671) 477-2394

10 Attorney for WELLS FARGO FINANCIAL GUAM, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1<br><br>LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM,<br>and<br><br>LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM<br><br>Defendants. | CIVIL CASE NO. 07-00006<br><br>**VERIFIED NOTICE OF CLAIM PURSUANT TO RULE C(6) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS** |

FILED
DISTRICT COURT OF GUAM
DEC - 6 2007
JEANNE G. QUINATA
Clerk of Court

COMES NOW Wells Fargo Financial Guam, Inc. ("Wells Fargo"), by and through counsel, Danilo T. Aguilar, Esq. and hereby submits its notice of claim to the subject real property that is sought to be forfeited to the United States. This notice is made pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Wells Fargo is a mortgage lienholder in the mentioned real property and its mortgage interest is noted in an instrument filed with the Guam Department of Land Management Office of the Recorder. A copy of the "Mortgage-With Power of Sale" is attached as Exhibit "A".

Respectfully submitted this 27th day of November, 2007.

_____
DANILO T. AGUILAR,
Attorney for Applicant-Intervenor
Wells Fargo Financial Guam, Inc.

## VERIFICATION

I, Albert Manley, am the District Manager for Wells Fargo Financial Guam, Inc. I have the reviewed the statements contained in the foregoing notice of claim and that the statements are true and correct to the best of my knowledge. I have executed this verification on the 29th day of November, 2007 at Dededo, Guam.

_____

Recording requested )
by Wells Fargo )
Financial. )
After recordation, )
deliver copies to: )
Wells Fargo Financial, )
)
)
The real property )
affected by this )
instrument is )
registered land, )
the name(s) of the )
registered owner(s) )
being _____ )
and _____ , )
and the number of )
the certificate of )
last registration )
being No. _____ )

RECORDER'S USE ONLY

Island of Guam, Government of Guam
Department of Land Management Office of The Recorder

054251

File for record is Instrument No. _____
on the year 20 02 Month 04 Day 01 Time 4:22
Recording Fee 1,294 Receipt No. 127729
Deputy Recorder _____

## MORTGAGE - WITH POWER OF SALE

**IDENTIFICATION OF PARTIES.** This mortgage is made this 25TH day of MARCH 2002, between ROMY M. MICLAT JR and ANICETA C. MICLAT Mortgagor, whose address is P.O. BOX 901 HAGATNA, GUAM 96932, and Wells Fargo Financial Guam, Inc., a Delaware corporation, licensed to do business in Guam, Mortgagee, whose address is 600 HARMON LOOP ROAD STE 107 DECEDO GUAM 96929.

**GIVING OF MORTGAGE.** To secure the payment of a Note dated the same day as this mortgage, payable to the Mortgagee, with a Total of Payments of $1,259,640.00, the Mortgagor hereby mortgages to the Mortgagee the following described real estate located in the Municipality of MANGILAO and Territory of Guam:

"The description of the property is on a seperate form attached to this Mortgage/Deed of Trust, which description is part of this Mortgage/Deed of Trust."
'SEE ATTATCHED ADDENDUM(S)'

**COVENANTS.** The Mortgagor covenants with the Mortgagee the following statutory covenants:

1. **TITLE.** To warrant the title to the premises.
2. **PAYMENT.** To pay the indebtedness as herein provided.
3. **TAXES.** To pay when due all taxes, assessments, charges and liens affecting or purporting to affect the title to said property.
4. **INSURANCE.** To keep the buildings insured against fire and other damages for an amount equal to the amount owed to the Mortgagee for the protection of the Mortgagee.
5. **CARE OF PROPERTY.** That the premises shall be kept in good repair and no waste shall be committed.
6. **RIGHT TO REQUIRE IMMEDIATE PAYMENT OF THE WHOLE AMOUNT OWED.** That the whole amount owed shall become due after default in the payment of any instalment of principal or interest, or of any tax or assessment, or in the performance of any other covenant, at the option of the Mortgagee.
7. **PRIOR MORTGAGES.** To pay principal and interest on prior mortgages.

**COVENANT NOT TO SELL.** The Mortgagor also covenants not to sell or transfer the real estate or any part of it without Mortgagee's prior written consent.

**POWER OF SALE.** If default be made in any payment or covenant herein, the Mortgagee shall have the power of sale. Any such sale shall be public and shall be made after such notice and in the manner of sales of real property under execution. Mortgagee shall have the right to purchase. The proceeds of such sale shall be first applied to the payment of the expenses of the sale, then to the amount due Mortgagee under this Mortgage and the obligations secured thereby. Upon any such sale, reasonable attorneys' fees and costs shall be allowed as part of the expenses. In the event that the proceeds of such sale are not sufficient to pay the amounts due secured by this Mortgage together with the costs of such sale and attorneys' fees, Mortgagee shall have the right to obtain a deficiency judgment against Mortgagor.

**JUDICIAL FORECLOSURE.** If default be made in payment or covenant, the Mortgagee, its successors and assigns, shall have the right, at its option, to initiate legal proceedings for the foreclosure of this Mortgage and to cause the property herein referred to and described to be sold under the direction and decree of a court of competent jurisdiction and to cause the proceeds arising from said sale to be applied first to the cost of the sale, then to principal sums secured hereby and the interest thereon and to other monies secured hereby or herein agreed to be paid by Mortgagor. In the event that the proceeds of such sale are not sufficient to pay the amounts due secured by this Mortgage, together with costs of such sale and attorneys' fees, Mortgagor shall be obligated to pay the deficient amount. Mortgagee shall have the right to obtain a deficiency judgment.

**EXHIBIT A**

**NOTICE OF DEFAULT.** The Mortgagee agrees to give Mortgagor written notice of any default under this mortgage or under any note secured by this mortgage. The notice will be given by sending it by certified mail to the address of the real estate or to any other address designated in writing by the Mortgagor to the Mortgagee. The notice will contain the following items:

1. **DEFAULT.** The nature of the default by the Mortgagor.
2. **CORRECTION OF DEFAULT.** The action required to correct the default.
3. **DEADLINE FOR CORRECTION.** The date, not less than 30 days from the date the notice is mailed, by which the default must be corrected.
4. **FAILURE TO CORRECT.** That failure to correct the default on or before the date given in the notice may result in the whole amount owed becoming due immediately (known as "acceleration"), and sale of the real estate.
5. **REINSTATEMENT.** That the Mortgagor has the right to reinstate this mortgage after acceleration.
6. **COURT ACTION BY MORTGAGOR.** That the Mortgagor has the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale.

**COPY OF NOTE AND MORTGAGE.** The Mortgagee agrees to give the Mortgagor an accurate copy of the Note and their mortgage at the time they are signed or within a reasonable time after this mortgage is recorded.

**SINGULAR AND PLURAL WORDS.** In this mortgage, whenever the context requires, singular words include the plural and vice versa. For example, the word "Mortgagor" includes all persons giving this mortgage if there are more than one.

**IN WITNESS WHEREOF,** the Mortgagor has duly executed this mortgage.

In presence of:

_____          _____
Joyce Marie Jastillana                                      Mortgagor – Romy M. Miclat JR

                                                                         _____
                                                                         Mortgagor – Aniceta C. Miclat

Territory of Guam       )
                                    ) ss
Municipality of DEDEDO  )

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Romy M. Miclat JR and Aniceta C. Miclat known to me or proven to be the person whose name is subscribed to the foregoing Mortgage, and acknowledged to me that he/she/they signed the Mortgage voluntarily for its stated purpose.

**IN WITNESS WHEREOF,** I have set my hand and affixed my official seal this 25th day of March, 2002.

My Commission Expires: 7/10/05      _____
                                                              Notary Public – Monica V. Perez

[Notary Seal: MONICA V. PEREZ, NOTARY PUBLIC, In and for Guam, U.S.A., My Commission Expires: July 10, 2005, 600 Harmon Loop Road, Ste. 107, Dededo, GU 96932]

### MORTGAGE RIDER
### STATEMENT RE AVAILABILITY OF WATER AND POWER

Wells Fargo Financial Guam, Inc., Mortgagee under the mortgage to which this statement is attached, acknowledges that it shall not hold the Government of Guam responsible for payment of any required power or water hookups, powerline extensions, or waterline extensions on the property(s) which is subject to the aforementioned mortgage.

DATED: March 25, 2002

Wells Fargo Financial Guam, Inc.

BY: _____
Its Duly Authorized Representative
(Joyce Marie Jastillana – Credit Manager)

**TERRITORY OF GUAM**

Municipality of DEDEDO

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Joyce Marie Jastillana, known to me to be the person whose name is subscribed to the foregoing, and acknowledged to me that she signed it voluntarily for its stated purpose as duly authorized representative for Wells Fargo Financial Guam, Inc., a corporation.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year first above written.

SEAL                                   _____
                                                      Notary Public

[Notary Seal: MONICA V. PEREZ, NOTARY PUBLIC, In and for Guam, U.S.A., My Commission Expires: July 10, 2005, 600 Harmon Loop Road, Ste. 107, Dededo, GU 96932]



Wells Fargo Financial
Calvos Commercial Center
600 Harmon Loop Road, Suite 107
Dededo, Guam 96912
011-671 637-9834
011-671 633-0412 Fax

"Exhibit for legal description of Mortgage/Deed of Trust dated March 25, 2002, Romy M. Miclat JR. and Aniceta C. Miclat, mortgagors."

UNIT NO. 307, VILLA PUNTAN ISA, more fully described in attached Schedule C

In presence of:

_____          _____
                                         Romy M. Miclat JR – Mortgagor

                                         _____
                                         Aniceta C. Miclat – Mortgagor

Territory of Guam      )
                       ) ss
Municipality of Dededo )

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Romy M. Miclat JR. and Aniceta C. Miclat known to me or proven to be the person whose name is subscribed to the foregoing Mortgage, and acknowledged to me that they signed the Mortgage voluntarily for its stated purpose.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal this 25th day of March 2002.

My Commission Expires: 7/10/05       _____
                                         Notary Public



Wells Fargo Financial
Calvos Commercial Center
600 Harmon Loop Road, Suite 107
Dededo, Guam 96912
011-671 637-9834
011-671 633-0412 Fax

"Exhibit for legal description of Mortgage/Deed of Trust dated March 25, 2002, Romy M. Miclat JR. and Aniceta C. Miclat, mortgagors."

Lot No. 2-2, Tract No. 2022, Municipality of ASAN/PITI, GUAM, as said lot is marked and designated on Drawing Number MS-356FY83, L.M.118FY83, dated February 24, 1983 and recorded on February 24, 1983 in the Department of Land Management, Government of Guam under Instrument Number 335271. Map shows an area of 1797 +/- square meters. Property is registered land and the Last Certificate of Title Number 79155, (was cancelled by Instrument Number 82323, not scanned), Estate Number 57221, Suburban, vested in the names of ROMEO A. MICLAT and TOMASA M. MICLAT.

In presence of:

_____     _____
                                    Romy M. Miclat JR – Mortgagor

                                    _____
                                    Aniceta C. Miclat – Mortgagor

Territory of Guam      )
                       ) ss
Municipality of Dededo )

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Romy M. Miclat JR. and Aniceta C. Miclat known to me or proven to be the person whose name is subscribed to the foregoing Mortgage, and acknowledged to me that they signed the Mortgage voluntarily for its stated purpose.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal this 25th day of March 2002.

My Commission Expires: __7/10/05__     _____
                                        Notary Public


Wells Fargo Financial
Calvos Commercial Center
600 Harmon Loop Road, Suite 107
Dededo, Guam 96912
011-671 637-9834
011-671 633-0412 Fax

"Exhibit for legal description of Mortgage/Deed of Trust dated March 25, 2002, Romy M. Miclat JR. and Aniceta C. Miclat, mortgagors."

UNIT NO. H-310 APUSENTO GARDEN CONDOMINIUM
SEE ATTACHED SCHEDULE C

In presence of:

_____    _____
                                Romy M. Miclat JR. – Mortgagor

                                _____
                                Aniceta C. Miclat – Mortgagor

Territory of Guam         )
                          ) ss
Municipality of Dededo    )

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Romy M. Miclat JR. and Aniceta C. Miclat known to me or proven to be the person whose name is subscribed to the foregoing Mortgage, and acknowledged to me that they signed the Mortgage voluntarily for its stated purpose.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal this 25th day of March 2002.

My Commission Expires: 7/10/05     _____
                                    Notary Public



Wells Fargo Financial
Calvos Commercial Center
600 Harmon Loop Road, Suite 107
Dededo, Guam 96912
011-671 637-9834
011-671 633-0412 Fax

"Exhibit for legal description of Mortgage/Deed of Trust dated March 25, 2002, Romy M. Miclat JR. and Aniceta C. Miclat, mortgagors."

Lot No. 19-1, Tract No. 292, Municipality of YIGO, GUAM, as said lot is marked and designated on Map Drawing No. EMB 87-08 L.M. 202 FY 87, dated on May 19, 1987 and recorded on June 02, 1987 in the Department of Land Management, Government of Guam, under Instrument No. 385699. Map shows an area of 20,000 square feet or 1,858 square meters.
Said property is a registered land and the Land Certificate of Title No. 82302, ESTATE NO. 63773, Suburban, vested in the name of ANICETA CESA.

In presence of:

_____    _____
                                    Romy M. Miclat JR – Mortgagor

_____    _____
                                    Aniceta C. Miclat – Mortgagor

Territory of Guam    )
                     ) ss
Municipality of Dededo )

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Romy M. Miclat JR. and Aniceta C. Miclat known to me or proven to be the person whose name is subscribed to the foregoing Mortgage, and acknowledged to me that they signed the Mortgage voluntarily for its stated purpose.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal this 25th day of March 2002.

My Commission Expires: 7/10/05    _____
                                    Notary Public

```
MONICA V. PEREZ
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: July 10, 2005
600 Harmon Loop Road, Ste. 107
Dededo, GU 96932
```



Wells Fargo Financial
Calvos Commercial Center
600 Harmon Loop Road, Suite 107
Dededo, Guam 96912
011-671 637-9834
011-671 633-0412 Fax

"Exhibit for legal description of Mortgage/Deed of Trust dated March 25, 2002, Romy M. Miclat JR. and Aniceta C. Miclat, mortgagors."

UNIT B-207  APUSENTO GARDEN CONDOMINIUM
SEE ATTACHED SCHEDULE C

In presence of:

_____   _____
                                   Romy M. Miclat JR – Mortgagor

                                   _____
                                   Aniceta C. Miclat – Mortgagor

Territory of Guam      )
                       ) ss
Municipality of Dededo )

On this 25th day of March, 2002, before me, a notary public in and for the Territory of Guam, personally appeared Romy M. Miclat JR. and Aniceta C. Miclat known to me or proven to be the person whose name is subscribed to the foregoing Mortgage, and acknowledged to me that they signed the Mortgage voluntarily for its stated purpose.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal this 25th day of March 2002.

My Commission Expires: 7/10/05    _____
                                   Notary Public

Case 1:07-cv-00006     Document 9     Filed 12/06/2007     Page 9 of 9
7446