DANILO T. AGUILAR
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Guam Address:
c/o BRONZE & TANG
Suite 107-C, J & G Commercial & Professional Center
138 East Marine Corps Drive
Hagatña, Guam 96910
Telephone: (671) 477-2392
Facsimile: (671) 477-2394

Attorney for WELLS FARGO FINANCIAL GUAM, INC.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00006 |
| Plaintiff, | |
| v. | |
| UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310, | **ORDER PERMITTING SALE OF PROPERTIES** |
| UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310, | |
| UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1 | |
| LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM, and | |
| LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM | |
| Defendants. | |

Based on the stipulation submitted by Wells Fargo Financial Guam, Inc. (hereinafter "Wells Fargo"), by and through counsel Danilo T. Aguilar, and United States of America (hereinafter "USA"), represented by Assistant U.S. Attorney Karon Johnson, this court hereby grants the order permitting the sale of properties against defendants, with the following terms and conditions:

   a. Wells Fargo will proceed with its foreclosure process and seek to sell the mortgaged properties of Romy and Aniceta Miclat, pursuant to its private power of sale, at public sale to be advertised in a newspaper of general circulation on Guam;

   b. All the real property subject to the foreclosure sale shall be appraised by a licensed appraiser on Guam to provide a baseline market value for the real property;

   c. Wells Fargo will be permitted to sell any of the real property or take a credit bid on the real property at a value of no less than 70% of the appraised value as determined by the appraiser;

   d. Wells Fargo can only sell the parcels of real property that would sufficiently cover the amount of the debt owed, attorney's fees, and other costs incurred related to the foreclosure as provided under the mortgage agreement;

   e. Any excess amounts realized from the sale will be deposited to the Registry of the District Court of Guam under the forfeiture action. The term "excess amounts" shall mean any remaining proceeds from the sale of the real property after deducting the amount of the debt owed under the mortgage and promissory note, attorney's fees incurred, and costs incurred in the sale of the property to include, but not limited to fees for preliminary title reports, recording fees, advertising, appraiser and/or surveyor fees, etc.;

   f. Upon completion of the sale of the properties, Wells Fargo will be permitted to issue a deed of sale to the winning bidders of the property upon receipt of payment;

   g. Once the deed of sale is issued, the Wells Fargo will notify the U.S. Attorney's Office of the completion of the sale and request for issuance of a release of the "Lis

2

Pendens" filed with the Guam Department of Land Management for those parcels of real property successfully sold at the public sale. The U.S. Attorney's Office will have the responsibility of recording the Release of "Lis Pendens";

    h.    Wells Fargo shall submit an accounting to the District Court within 10 days from completion of the public sale of any of the properties.

    i.    Upon approval of the accounting, Wells Fargo will move to dismiss its claim in the forfeiture action and release its lien on any remaining real properties that were not sold during the foreclosure.

For good cause thereby appearing, the sale of properties of the defendants is hereby permitted with the terms and conditions set forth above.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jan 07, 2008**

3