CARLSMITH BALL LLP

ELYZE J. McDONALD
CAREY M. AUSTIN
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Claimant
Bank of Hawaii

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

**JEANNE G. QUINATA**
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H-310,<br><br>UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1,<br><br>LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM,<br><br>and<br><br>LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM.,<br><br>Defendants. | CIVIL CASE NO. 07-00006<br><br>**VERIFIED NOTICE OF CLAIM PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS; DECLARATION OF SERVICE** |



COMES NOW, Bank of Hawaii ("BOH"), by and through Counsel, Carlsmith Ball LLP, and hereby submits its notice of claim to the subject real property that is sought to be forfeited to the United States. This notice is made pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. BOH is an innocent owner by way of constructive trust of the following real properties:

>UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H-310,
>
>UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,
>
>UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1,
>
>LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM,
>
>LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM.

DATED: Hagåtña, Guam, January 23, 2008.

CARLSMITH BALL LLP

*[signature]*

ELYZE J. MCDONALD
CAREY MCALISTER AUSTIN
Attorneys for Claimant
Bank of Hawaii

# VERIFICATION

I, James Polk, am the Executive Vice President, Pacific Islands Division, at Bank of Hawaii. I have reviewed the statements contained in the foregoing notice of claim and that, under penalty of perjury, the statements are true and correct to the best of my knowledge. I have executed this verification on the 23d day of January 2008.

_____
JAMES POLK

BANK OF HAWAII
EXECUTIVE VICE PRESIDENT, PACIFIC
ISLAND DIVISION

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on January 23, 2008, I will cause to be served, via hand delivery, a true and correct copy of VERIFIED NOTICE OF CLAIM PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS; DECLARATION OF SERVICE upon the following Counsels of record:

>Karon Johnson, Esq.
>OFFICE OF THE U.S. ATTORNEY
>Sirena Plaza, Suite 500
>108 Hernan Cortez Avenue
>Hagatna, Guam 96910
>
>**Attorneys for Plaintiff U.S.A.**

AND

>Danilo T. Aguilar, Esq.
>c/o BRONZE & TANG
>J & G Commercial & Professional Center, Suite 107-C
>138 East Marine Corps Drive
>Hagatna, Guam 96910
>
>**Attorneys for Wells Fargo Financial Guam, Inc.**

Executed this 23rd day of January 2008 at Hagåtña, Guam.

*/s/ Elyze J. McDonald*
ELYZE J. McDONALD