CARLSMITH BALL LLP

ELYZE J. McDONALD
CAREY M. AUSTIN
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Claimant
Bank of Hawaii

FILED
DISTRICT COURT OF GUAM
FEB 06 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H-310,<br><br>UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1,<br><br>LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM,<br><br>and<br><br>LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM.,<br><br>　　　　　Defendants. | CIVIL CASE NO. 07-00006<br><br>**CLAIMANT BANK OF HAWAII'S ANSWER TO VERIFIED COMPLAINT OF FORFEITURE; DECLARATION OF SERVICE** |

## ANSWER TO VERIFIED COMPLAINT OF FORFEITURE

Claimant Bank of Hawaii hereby answers Verified Complaint of Forfeiture ("Complaint") filed by the United States of America on March 30, 2007 herein as follows:

1. Bank of Hawaii admits the allegations set forth in paragraphs 1, 2, 3 and 4 of the Complaint.

2. In response to the allegations set forth in Paragraph 6 of the Complaint, Bank of Hawaii affirmatively alleges that it is an innocent owner, within the meaning of 18 U.S.C. §§ 981(a)(2) and 983(d), of Defendants *in rem* referenced in said Paragraph 6 by way of a constructive trust which arose under Guam law under the circumstances referenced in Exhibit A to the Complaint, and therefore denies that those Defendants are subject to forfeiture to the United States.

Therefore, Claimant Bank of Hawaii prays that a judgment issue decreeing Bank of Hawaii to be the lawful and innocent owner of the Defendants *in rem*, and/or the proceeds thereof after the satisfaction of any valid and senior liens, and that the Complaint be dismissed.

DATED: Hagåtña, Guam, February 6, 2008.

CARLSMITH BALL LLP

ELYZE J. MCDONALD
Attorneys for Claimant
Bank of Hawaii

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on February 6, 2008, I will cause to be served, via hand delivery, a true and correct copy of CLAIMANT BANK OF HAWAII'S ANSWER TO VERIFIED COMPLAINT OF FORFEITURE; DECLARATION OF SERVICE upon the following Counsels of record:

>Karon Johnson, Esq.
>OFFICE OF THE U.S. ATTORNEY
>Sirena Plaza, Suite 500
>108 Hernan Cortez Avenue
>Hagatna, Guam 96910
>
>Attorneys for Plaintiff U.S.A.

AND

>Danilo T. Aguilar, Esq.
>c/o BRONZE & TANG
>J & G Commercial & Professional Center, Suite 107-C
>138 East Marine Corps Drive
>Hagatna, Guam 96910
>
>Attorneys for Wells Fargo Financial Guam, Inc.

Executed this 6th day of February, 2008 at Hagåtña, Guam.

_____
ELYZE J. McDONALD