DANILO T. AGUILAR
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Guam Address:
c/o BRONZE & TANG
Suite 107-C, J & G Commercial & Professional Center
138 East Marine Corps Drive
Hagatña, Guam 96910
Telephone: (671) 477-2392
Facsimile: (671) 477-2394

Attorney for WELLS FARGO FINANCIAL GUAM, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00006 |
|---|---|
| Plaintiff, | |
| v. | |
| UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310, | **STIPULATED MOTION TO EXTEND TIME FOR WELLS FARGO FINANCIAL TO FILE REPORT OF SALE AND FINAL ACCOUNTING** |
| UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310, | |
| UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1 | |
| LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM, and | |
| LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM | |
| Defendants. | |

ORIGINAL

COMES NOW Wells Fargo Financial Guam, Inc. (hereinafter "Wells Fargo"), by and through counsel Danilo T. Aguilar, and the United States of America, by and through Assistant Attorney General Karon Johnson, and hereby jointly move for an order extending the deadline requiring Wells Fargo to file a Report of Sale and Final Accounting. The last order of this Court, dated January 07, 2008, provided that Wells Fargo is required to file its accounting of the sale of the property within 10 days, after the sale of the properties was completed.

Based upon counsels' calculation, the deadline for the filing of the Report of Sale and the final accounting will be on Monday, February 25, 2008. The parties jointly request that this deadline is moved to February 29, 2008 to provide counsel for Wells Fargo additional time upon which to complete the report of sale and its accounting.

Respectfully submitted this 22nd day of February, 2008.

**DANILO T. AGUILAR,**
Attorney for Applicant-Intervenor
Wells Fargo Financial Guam, Inc.

**KARON JOHNSON,**
Assistant Attorney General
Representing the
United States of America

/ /

/ /

2