DANILO T. AGUILAR
Attorney at Law
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way, San Jose
P.O. Box 505301
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Guam Address:
c/o BRONZE & TANG
Suite 107-C, J & G Commercial & Professional Center
138 East Marine Corps Drive
Hagatña, Guam 96910
Telephone: (671) 477-2392
Facsimile: (671) 477-2394

Attorney for WELLS FARGO FINANCIAL GUAM, INC.

FILED
DISTRICT COURT OF GUAM
FEB 29 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1<br><br>LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM,<br>and<br><br>LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM<br><br>Defendants. | CIVIL CASE NO. 07-00006<br><br>**CLAIMANT WELLS FARGO FINANCIAL GUAM, INC.'S REPORT OF SALE AND FINAL ACCOUNTING** |

ORIGINAL

COMES NOW Wells Fargo Financial Guam, Inc. (hereinafter "Wells Fargo"), by and through counsel Danilo T. Aguilar, hereby submits its Report of Sale and Final Accounting.

## I. BACKGROUND.

Pursuant to an order dated January 7, 2008, issued by the United States District Court for the District of Guam, Wells Fargo conducted a sale of certain real property belonging to Romy and Aniceta Miclat on February 15, 2008.

The real property at issue was mortgaged to Wells Fargo as collateral to secure that certain promissory note executed by Romy and Aniceta Miclat dated on March 25, 2002. On or about March 30, 2007, the United States of America, through the United States Attorney's Office, filed a Notice of Lis Pendens for the same real property belonging to Romy and Aniceta Miclat and contemporaneously filed the present Complaint for Forfeiture, as captioned above, for that same property in the United States District Court of Guam. On or about October 23, 2007, Wells Fargo filed a Notice of Default and Election to sell under Mortgage by Power of Sale

After having received indirect notice of the forfeiture complaint, Wells Fargo filed a notice of claim in this action seeking to protect its security interests. Counsel for Wells Fargo and the United States Attorney's Office entered into negotiations to resolve the claim of Wells Fargo and subsequently reached an agreement to permit the sale of the real property mortgaged to Wells Fargo and to preserve the claims of the United States to proceed with forfeiture of any remaining property. On or about November 30, 2007, Wells Fargo and the

United States Attorney's Office submitted a stipulation to permit the sale of the referenced Miclat real properties, with certain guidelines for conducting the sale.

## II. REPORT OF SALE.

Pursuant to the Amended Notices of Sale and the requirements of 18 G.C.A. §36113, an Amended Notice of Sale for each parcel of property was filed on January 11, 2008 by Wells Fargo setting a date of sale for February 15, 2008. These notices of sale were published in the Guam Variety on January 18, 2008, January 25, 2008, and February 1, 2008. The public sale for each parcel of property was scheduled at the Mayor's Office of each village that the respective parcel was located in. The events of each sale are outlined as follows:

1. <u>Sale of Lot No. 19-1, Tract No. 292, Municipality of Yigo:</u>

The sale was scheduled for 10:00 a.m. on February 15, 2008 at the Office of the Mayor of Yigo. Three bidders appeared and were pre-qualified to bid after presenting copies of cashier's checks. This particular parcel was appraised with a value of $162,800.00. A copy of the appraisal sheet is attached as "Exhibit 1" to the Declaration of Danilo T. Aguilar. Pursuant to the Court's order dated January 7, 2008, a minimum bid of 70% of the appraised value was $113,960.00. Only one bid was received from one of the three bidders who appeared in the amount of $50,000.00. That bid was rejected since it did not meet the minimum bid requirement.

After requesting for additional bids from the bidders appearing at the sale, the bidding was closed after no other bids were received. Wells Fargo took a credit bid on the property in the amount of $113,960.00.

## 2. Sale of Lot No. 2-2, Tract No. 2022, Municipality of Asan/Piti.

The sale was scheduled for 11:00 a.m. on February 15, 2008 at the Office of Mayor Piti. Five (5) bidders appeared and were pre-qualified to bid after presenting copies of cashier's checks. This particular parcel was appraised with a value of $190,000.00. A copy of the appraisal sheet is attached as "Exhibit 2" to the Declaration of Danilo T. Aguilar. Pursuant to the Court's order dated January 7, 2008, a minimum bid of 70% of the appraised value was $133,000.00. Several bids were received from several bidders with the highest bid received in the amount of $185,000.00. After requesting for additional bids from the bidders appearing at the sale, the bidding was closed after no other bids were received. With the highest bid received in the amount of $185,000.00, Wells Fargo took a credit bid on the property in the amount of $186,000.00.

## 3. Sale of Unit 307 Villa Puntan Isa, described as Lot 5370-3-1.

The sale was scheduled for 12:00 p.m. on February 15, 2008 at the Office of the Mayor of Barrigada. Only one (1) bidder appeared and was pre-qualified to bid after presenting copies of cashier's checks. This particular parcel was appraised with a value of $84,700.00. A copy of the appraisal sheet is attached as "Exhibit 3" to the Declaration of Danilo T. Aguilar. Pursuant to the Court's order dated January 7, 2008, a minimum bid of 70% of the appraised value was $59,200.00. Only one bid was received from sole bidder with a bid of $59,300.00. After requesting for additional bids, the bidding was closed after no other bids were received. With the highest bid received in the amount of $59,300.00, the property was sold to Mr. Torgun Smith in the amount of $59,300.00.

### 4. Sale of Apusento Gardens Condominium Units.

The sale of these units was cancelled upon a determination that the debt owed to Wells Fargo was satisfied with the sale of the Villa Puntan Isa unit.

The total amount realized from the sale of the three properties was $359,260.00. The proceeds paid by Mr. Torgun Smith in the amount of $59,300.00 was deposited into the Trust Account of Danilo T. Aguilar and those proceeds have been surrendered to Wells Fargo.

Amended Certificates of Sale and Amended Deeds Upon Power of Sale have been recorded with the Guam Department of Land Management to reflect the transfer of title to the winning bidders of the property. Copies of the recorded Amended Certificates of Sale are attached as Exhibit 4 to the Declaration of Danilo T. Aguilar. Copies of the recorded Amended Deeds Upon Power of Sale are attached as Exhibit 5 to the Declaration of Danilo Aguilar.

### III. ACCOUNTING OF EXPENSES, ATTORNEY'S FEES, AND PROCEEDS.

1. Proceeds Received from Sale of Property:

    $359,260.00

2. Amount owed to Wells Fargo for principal and accrued interest up to and including February 15, 2008:

    $333,604.92

3. Attorney's fees incurred by Wells Fargo to institute foreclosure proceedings, for defense of claim against forfeiture, and other tasks pertaining to conduct and reporting of sale:

    $12,691.00

The hourly rate of counsel for Wells Fargo is $185.00 an hour. Most of the attorney's fees were calculated by taking the total number of attorney hours expended and multiplied by $185.00 an hour. Redacted copies of counsel's billing invoices indicating the number of hours expended for each day, are attached as "Exhibit 6" to the Declaration of Danilo Aguilar.[1] The fees calculated on an hourly basis encompassed work pertaining to the forfeiture matter and for tasks associated with the sale of the property. The total number of hours billed was 53.6 hours and is inclusive of all services rendered up to and including February 28, 2008.

Several other entries for attorney's fees are flat fees for certain services performed in the foreclosure matter, depending upon a particular stage of foreclosure proceedings.

4. Fees for Preliminary Title Reports (PTR) and Appraisal Reports. Copies of the invoices for these services are attached as "Exhibit 7" to the Declaration of Danilo Aguilar. The fees for these services are as follows:

    a.    Preliminary Title Reports for five (5) parcels, from Security Title, Guam - $500.00 ($100.00 for each parcel).

    b.    Appraisal Reports for five (5) parcel, prepared by Chief Appraisals - $3,200.00 ($425.00 for each parcel, except the Yigo Duplex. The Yigo duplex was appraised at a rate of

---

[1] The redacted portions of the billing statements are believed to contain confidential information protected by the attorney-client privilege and the work product doctrine. Unredacted copies of the billing invoices have been filed under seal for *in camera* review by the District Court.

6

$750.00. In addition to the standard appraisal fee, a rush fee of $150.00 to ensure that the appraisal would be completed prior to the date of the sale.

Total for PTRs and Appraisal Fees  -   $3,700.00

5. Filing Fees. A number of documents required filing with the Guam Department of Land Management. The documents included the filing of the notice of default, notices of sale, notices of cancellation of sale, certificates of sale, and the deeds of sale to the new owners of the properties that were sold. Total Filing fees incurred:

$575.00

6. Advertising Expenses. Four advertisements for the notice of sale were prepared for publication in the Guam Variety and were published on three separate days. Advertisement costs incurred:

$1,800.00 ($450.00 for each notice of sale)

7. Other miscellaneous expenses. In addition to the costs and fees noted above, a number of other miscellaneous expenses were incurred by counsel for Wells Fargo as follows

| | | | |
|---|---|---|---|
| a. | Copy costs and fax costs: | $119.50 (1,195 pages x $0.10) |
| b. | Postage and courier fees: | $20.93 |
| c. | Notarial fees: | $8.00 |
| d. | Service of Process fees: (posting of notices of sale) | $500.00 ($100.00 for each notice) |
| | Total miscellaneous expenses: | $648.43 |

7

Additional detail regarding any fees and expenses incurred, except attorney's fees, can be found in "Exhibit 8" attached to the Declaration of Danilo T. Aguilar

## IV. FINAL STATEMENT OF ACCOUNTING AND PROCEEDS TO BE DEPOSITED IN THE DISTRICT COURT REGISTRY.

Based upon the foregoing information stated above, the final statement of proceeds to be deposited in the registry of the District Court of Guam is as follows:

| | |
|---|---|
| Proceeds realized from sale: | $359,260.00 |
| less: | |
| Amount owed on promissory note: | ($333,604.92) |
| Attorney's fees: | ($12,691.00) |
| PTR and Appraisal fees: | ($3,700.00) |
| Filing fees at Guam Land Management: | ($575.00) |
| Advertisement expenses: | ($1,800.00) |
| Miscellaneous expenses: | ($648.43) |
| Total to be deducted from proceeds: | ($353,019.35) |

Remaining balance of proceeds to be deposited into the registry of the District Court:

$6,240.65

## V. CONTINGENT ADDITIONAL PROCEEDS.

It is the desire of Wells Fargo to assist the United States Attorney's Office in the recovery of any available proceeds that would otherwise be returned

8

to the original owners of the property. As a result, any excess proceeds[2] that are realized by Wells Fargo in the resale of any of the properties that it purchased during this auction sale, may be deposited into the Court's registry at some future time. The deposit of additional proceeds shall be wholly contingent upon whether an actual profit is realized and the decision to make additional deposits and the amounts of such deposits shall be at the sole discretion of Wells Fargo.

## VI. CONCLUSION.

Based upon the foregoing statements contained above, Claimant Wells Fargo requests for an order for the following:

1. an order approving the accounting and the amounts claimed by Wells Fargo to be deducted from the proceeds;

2. upon approval of the accounting, for an order directing Wells Fargo to deposit the amount of $6,240.65 to the registry of the District of Guam for the above-entitled civil action;

3. for an order directed to the United States Attorney's Office to file at the Guam Department of Land Management, a notice of withdrawal or a release its Notice of Lis Pendens previously filed for <u>Lot No. 19-1, Tract No. 292</u>, <u>Lot No. 2-2, Tract No. 2022</u>, and <u>Unit 307 Villa Puntan Isa, described as Lot 5370-3-1</u>. Any other remaining Notices of Lis Pendens shall remain in effect until final disposition by the Court.

---

[2] Excess proceeds shall mean any amounts realized by Wells Fargo, when it is able to sell a particular real property that was the subject of this foreclosure auction, that is above and beyond the amounts that are owed by the debtor, to include the principal and interest, and attorney's fees and expenses.

4. Such other and further relief that the Court deems just and proper.

Respectfully submitted this 28th day of February, 2008.

_____
**DANILO T. AGUILAR,**
Attorney for Claimant
Wells Fargo Financial Guam, Inc.

/ /

/ /

10