1    DANILO T. AGUILAR
     Attorney at Law
2    First Floor, San Jose Court Building
     Cor. Ghiyeghi St. & Wischira Way, San Jose
3    P.O. Box 505301
     Saipan, MP 96950
4    TELEPHONE: (670) 234-8801
     FAX: (670) 234-1251
5
     Guam Address:
6    c/o BRONZE & TANG
     Suite 107-C, J & G Commercial & Professional Center
7    138 East Marine Corps Drive
     Hagåtña, Guam 96910
8    Telephone: (671) 477-2392
9    Facsimile: (671) 477-2394
10   Attorney for WELLS FARGO FINANCIAL GUAM, INC.

**FILED**
DISTRICT COURT OF GUAM

FEB 29 2008

JEANNE G. QUINATA
Clerk of Court

11
                    UNITED STATES DISTRICT COURT
12
                      FOR THE DISTRICT OF GUAM
13
     UNITED STATES OF AMERICA,            CIVIL CASE NO. 07-00006
14
                    Plaintiff,
15
                    v.
16
     UNIT H-310 APUSENTO GARDEN,
17   DESCRIBED AS LOT 3381-9NEW-          **DECLARATION OF DANILO T.**
     NEW H310,                            **AGUILAR IN SUPPORT OF**
18                                        **CLAIMANT WELLS FARGO**
     UNIT B-207 APUSENTO GARDEN,          **FINANCIAL GUAM, INC.'S**
19   DESCRIBED AS LOT 3381-9NEW-          **REPORT OF SALE AND FINAL**
     NEW H310,                            **ACCOUNTING**
20
     UNIT 307 VILLA PUNTAN ISA,
21   DESCRIBED AS LOT 5370-3-1
22   LOT NO. 2-2, TRACT NO. 2022,
     MUNICIPALITY OF ASAN/PITI,
23   GUAM,
     and
24
     LOT NO. 19-1, TRACT NO. 292,
25   MUNICIPALITY OF YIGO, GUAM
26                  Defendants.
27
28
                         ORIGINAL

I, DANILO T. AGUILAR, hereby declare under the penalty of perjury under the laws of Guam that the following statements are true:

1.     I am the attorney of Wells Fargo Financial Guam, Inc. ("Wells Fargo"), that has a claim to the subject real property and I am licensed to practice before the United States District Court Court in Guam. I have personal knowledge of the matters stated herein and would testify to the same, if called as a witness;

2.     On February 15, 2008, the public sale for each parcel of property was conducted at the Mayor's Office of each village that the respective parcel was located in.

3.     Attached as Exhibit 1 to this declaration is a copy of the appraisal sheet for Lot No. 19-1, Tract No. 292, Municipality of Yigo. This particular parcel was appraised with a value of $162,800.00.

4.     Attached as Exhibit 2 to this declaration is a copy of the appraisal sheet for Lot No. 2-2, Tract No. 2022, Municipality of Asan/Piti. This particular parcel was appraised with a value of $190,000.00.

5.     Attached as Exhibit 3 to this declaration is a copy of the appraisal sheet for Unit 307 Villa Puntan Isa, described as Lot 5370-3-1. This particular parcel was appraised with a value of $84,700.00.

6.     Attached as Exhibit 4 to this declaration are copies of the recorded Amended Certificates of Sale. Amended Certificates of Sale have been recorded with the Guam Department of Land Management.

7.     Attached as Exhibit 5 to this declaration are copies of the recorded Amended Deeds Upon Power of Sale. Amended Deeds Upon Power of Sale have been recorded with the Guam Department of Land Management.

2

8.    Attached as Exhibit 6 to this declaration are redacted copies of counsel's billing invoices indicating the number of hours expended for each day. The total number of hours billed was 53.6 hours and is inclusive of all services rendered up to and including February 28, 2008.

9.    Attached as Exhibit 7 to this declaration are copies of the invoices for the fees of Preliminary Title Reports (PTR) and Appraisal Reports. The total amount is $3,700.00.

10.    Attached as Exhibit 8 to this declaration are is breakdown of miscellaneous expenses that were incurred by counsel for Wells Fargo such as copy costs and fax costs, postage and courier fees, notarial fees, and service of process fees in the total amount of $648.43.

11.    The foregoing statements are true, correct and to the best of my knowledge.

Executed this 28ᵗʰ day of February, 2008 at Hagatña, Guam.

DANILO T. AGUILAR,
Declarant

3

# EXHIBIT
# I

February 6, 2008

Law Offices of Danilo T. Aguilar
P.O. Box 505301
San Jose, Saipan MP 96950

RE:     Not applicable.
        Lot 19-1 Tract 292
        Dededo, Guam 96929
File No.   A-4165
Case No.

Dear  Danilo T. Aguilar,

In accordance with your request, I have personally inspected and prepared an appraisal report of the real
property located at:

Lot 19-1 Tract 292, Dededo, Guam 96929

The purpose of this appraisal is to estimate the market value of the property described in the body of this
appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation
of the property.  The methods of approach and reasoning in the valuation of the various physical and
economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of
neighborhood data, led the appraiser to the conclusion that the market value, as of  February 4, 2008
is:

$          162,800

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this
report.

It has been a pleasure to assist  you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature:

Richard T. Gutierrez
License No. LA-06-027, Expires May 5, 2008

# EXHIBIT 2

February 11, 2008

Law Offices of Danilo T. Aguilar
P.O. Box 505301
San Jose, Saipan MP 96950

RE:     Not applicable.
        Lot 2-2 Tract 2022
        Piti, Guam 96915
File No.    A-4176
Case No.

Dear  Danilo T. Aguilar,

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

Lot 2-2 Tract 2022, Piti, Guam 96915

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of  February 6, 2008 is:

                            $        190,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: _____

Richard T. Gutierrez
License No. LA-06-027, Expires May 5, 2008

# EXHIBIT 3

February 6, 2008

Law Offices of Danilo T. Aguilar
P.O. Box 505301
San Jose, Saipan MP 96950

RE:    Not applicable.
       Villa Puntan Isa Condo, Unit 307
       Mangilao, Guam 96913
File No.  A-4164
Case No.

Dear  Danilo T. Aguilar,

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

              Villa Puntan Isa Condo, Unit 307, Mangilao, Guam 96913

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of  February 4, 2008 is:

                               $         84,700

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature:

Richard T. Gutierrez
License No. LA-06-027, Expires May 5, 2008

# EXHIBIT
# 4

| FOR | ) |
| RECORDATION | ) |
| AT | ) |
| DEPARTMENT | ) |
| OF | ) |
| LAND | ) |
| MANAGEMENT | ) |

Island of Guam, Government of Guam
Department of Land Management Office of the Recorder

**769502**

File for Record is Instrument No. _____

On the Year _03_ Month _02_ Day _28_ Time _8:34_

Recording Fee __25-__ Receipt No. _12286_

Deputy Recorder _____

*(Space above for Recorder's use only)*

## AMENDED CERTIFICATE OF SALE

This is to certify that I, **DANILO T. AGUILAR**, attorney for **WELLS FARGO FINANCIAL GUAM, INC.**, in accordance with the Power of Sale conferred by the Mortgage made, executed and delivered by **ROMY M. MICLAT, JR., AND ANICETA C. MICLAT**, "Mortgagors," to **WELLS FARGO FINANCIAL GUAM, INC.**, "Mortgagee," dated March 25, 2002, and recorded on April 01, 2002, in the Office of the Recorder, Government of Guam, under Instrument No. 654251, at the request of **WELLS FARGO FINANCIAL GUAM, INC.**, the Mortgagee and holder of such Mortgage, and in compliance with the published Notice of Sale Under Mortgage, sold at public auction at the Piti Mayor's Office, Guam on February 15, 2008, for the aggregate sum of *One Hundred Eighty Six Thousand and no/100 Dollars (186,000.00)* the following described premises in the Municipality of Asan/Piti, Guam:

> **Lot No. 2-2, Tract No. 2022, Municipality of Asan/Piti, Guam, as said lot is marked and designated on Drawing No. NS-356FY83, dated February 24, 1987 and recorded on February 1982 in the Department of Land Management, Government of Guam under Instrument No. 335271. Map shows an area of 1797 +/- square meters.**

Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto.

    I further certify that **WELLS FARGO FINANCIAL GUAM, INC.**, the purchaser, was the highest bidder for the premises, that the price for which the premises was sold as stated above was the highest price bid, and that the whole sum so bid was paid by the purchaser; that a proper notice of such sale was published according to law; that such sale was in all respects honestly and fairly conducted according to my best knowledge and belief; and that the aggregate amount for which the premises was sold was insufficient to satisfy the amount due on the mortgage at the date of sale, with interest and costs and disbursements allowed by law.

    IN WITNESS WHEREOF, I have executed this Certificate on this _26th_ day of February, 2008.


By: _____
        **DANILO T. AGUILAR**
        *Attorneys for WELLS FARGO FINANCIAL GUAM, INC.*


| | |
|---|---|
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** ] <br> ] <br> **SAIPAN, MP** _____ ] | **ACKNOWLEDGMENT** |

    On this _26th_ day of February, 2008 before me, the undersigned notary,

personally appeared **DANILO T. AGUILAR**, the person whose name signed on the preceding

document, and acknowledged to me that he signed it voluntarily for its stated purpose, as

attorney for **WELLS FARGO FINANCIAL GUAM, INC.**

    **In Witness Whereof,** I hereunto set my hand and official seal.

                             **MA. NINA DOLOT-CASTRO**
                             PMB 1864 Box 10005 Saipan, MP 96950
                             NOTARY PUBLIC
)SEAL(                Notary Public - COMMONWEALTH
                       OF THE NORTHERN MARIANA ISLANDS
                       My Commission Expires: _10-03-2008_

2

| FOR | ) |
|---|---|
| | ) |
| **RECORDATION** | ) |
| | ) |
| **AT** | ) |
| | ) |
| **DEPARTMENT** | ) |
| | ) |
| **OF** | ) |
| | ) |
| **LAND** | ) |
| | ) |
| **MANAGEMENT** | ) |
| | ) |

Island of Guam, Government of Guam
Department of Land Management Office of the Recorder

File for Record is Instrument No. **769503**

On the Year _08_ Month _02_ Day _08_ Time _8:36_

Recording Fee _25~_ Receipt No. _1286_

Deputy Recorder _____

**(Space above for Recorder's use only)**

## AMENDED CERTIFICATE OF SALE

This is to certify that I, **DANILO T. AGUILAR**, attorney for **WELLS FARGO FINANCIAL GUAM, INC.**, in accordance with the Power of Sale conferred by the Mortgage made, executed and delivered by **ROMY M. MICLAT, JR., AND ANICETA C. MICLAT**, "Mortgagors," to **WELLS FARGO FINANCIAL GUAM, INC.**, "Mortgagee," dated March 25, 2002, and recorded on April 01, 2002, in the Office of the Recorder, Government of Guam, under Instrument No. 654251, at the request of **WELLS FARGO FINANCIAL GUAM, INC.**, the Mortgagee and holder of such Mortgage, and in compliance with the published Notice of Sale Under Mortgage, sold at public auction at the Yigo Mayor's Office, Guam on February 15, 2008, for the aggregate sum of *One Hundred Thirteen Thousand Nine Hundred Sixty ($113,960.00)* the following described premises in the Municipality of Yigo, Guam:

> Lot No. 19-1, Tract No. 292, Municipality of YIGO, Guam, as said lot is marked and designated on Map Drawing No. EMB 87-08 L.M. 202 FY 87, dated on May 19, 1987 and recorded on June 02, 1987 in the Department of Land Management, Government of Guam, under Instrument No. 385699. Map shows an area of 20,000 square feet of 1,858 square meters. Said property is a registered land the Last Certificate of Title No., 92302, Estate No. 63773, Suburban, vested in the name of Aniceta Cesa.

Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property,

fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto.

I further certify that **WELLS FARGO FINANCIAL GUAM, INC.**, the purchaser, was the highest bidder for the premises, that the price for which the premises was sold as stated above was the highest price bid, and that the whole sum so bid was paid by the purchaser; that a proper notice of such sale was published according to law; that such sale was in all respects honestly and fairly conducted according to my best knowledge and belief; and that the aggregate amount for which the premises was sold was insufficient to satisfy the amount due on the mortgage at the date of sale, with interest and costs and disbursements allowed by law.

IN WITNESS WHEREOF, I have executed this Certificate on this __26th__ day of February, 2008.

By: _____
**DANILO T. AGUILAR**
*Attorneys for WELLS FARGO FINANCIAL GUAM, INC.*

| | |
|---|---|
| **COMMONWEALTH OF THE NORTHERN** ] | |
| **MARIANA ISLANDS** ] | **ACKNOWLEDGMENT** |
| ] | |
| **SAIPAN, MP** ] | |

On this __26th__ day of February, 2008 before me, the undersigned notary,

personally appeared **DANILO T. AGUILAR**, the person whose name signed on the preceding

document, and acknowledged to me that he signed it voluntarily for its stated purpose, as

attorney for **WELLS FARGO FINANCIAL GUAM, INC.**

**In Witness Whereof**, I hereunto set my hand and official seal.

**MA. NINA DOLOT-CASTRO**
PMB 1865 Box. 10085 Saipan, MP 96950
**NOTARY PUBLIC**
IN AND FOR THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS
My Commission Expires: 10.03.2008

)SEAL(

C:\CLIENTS FILE 1\Wells Fargo\Amended Certificate Of Sale (Yigo)-1

2

| FOR | ) | |
| | ) | Island of Guam, Government of Guam |
| RECORDATION | ) | Department of Land Management Office of the Recorder |
| | ) | File for Record is Instrument No. **769501** |
| AT | ) | |
| | ) | On the Year *08* Month *02* Day *28* Time *8:32* |
| DEPARTMENT | ) | |
| | ) | Recording Fee *25 -* Receipt No. *1220C* |
| OF | ) | |
| | ) | Deputy Recorder _____ |
| LAND | ) | |
| | ) | |
| MANAGEMENT | ) | |

(Space above for Recorder's use only)

## AMENDED CERTIFICATE OF SALE

This is to certify that I, **DANILO T. AGUILAR**, attorney for **WELLS FARGO FINANCIAL GUAM, INC.**, in accordance with the Power of Sale conferred by the Mortgage made, executed and delivered by **ROMY M. MICLAT, JR., AND ANICETA C. MICLAT**, "Mortgagors," to **WELLS FARGO FINANCIAL GUAM, INC.**, "Mortgagee," dated March 25, 2002, and recorded on April 01, 2002, in the Office of the Recorder, Government of Guam, under Instrument No. 654251, at the request of **WELLS FARGO FINANCIAL GUAM, INC.**, the Mortgagee and holder of such Mortgage, and in compliance with the published Notice of Sale Under Mortgage, sold at public auction at the Mangilao Mayor's Office, Guam on February 15, 2008, for the aggregate sum of *Fifty Nine Thousand Three Hundred and no/100 Dollars ($59,300.00)* the following described premises in the Municipality of Barrigada, Guam:

> Unit 307, Villa Puntan Isa Condominium. Lot No. 2049-1-2, Maite, Municipality of Barrigada, Guam as said lot is marked and designated on Drawing No. L-1068, L.M. Check No. 24, recorded in the Department of Land Management, Government of Guam on January 13, 1992 as Instrument No. 465135. Area: 4,252 square meters.

Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto.

I further certify that **TORGUN SMITH**, the purchaser, was the highest bidder for the premises, that the price for which the premises was sold as stated above was the highest price bid, and that the whole sum so bid was paid by the purchaser; that a proper notice of such sale was published according to law; that such sale was in all respects honestly and fairly conducted according to my best knowledge and belief; and that the aggregate amount for which the premises was sold was insufficient to satisfy the amount due on the mortgage at the date of sale, with interest and costs and disbursements allowed by law.

IN WITNESS WHEREOF, I have executed this Certificate on this 26th day of February, 2008.

By: _____
**DANILO T. AGUILAR**
*Attorneys for WELLS FARGO FINANCIAL GUAM, INC.*


**COMMONWEALTH OF THE NORTHERN**    ]
**MARIANA ISLANDS**    ]         **ACKNOWLEDGMENT**
    ]
**SAIPAN, MP**    ]

On this 26th day of February, 2008 before me, the undersigned notary,

personally appeared **DANILO T. AGUILAR**, the person whose name signed on the preceding

document, and acknowledged to me that he signed it voluntarily for its stated purpose, as

attorney for **WELLS FARGO FINANCIAL GUAM, INC.**

**In Witness Whereof,** I hereunto set my hand and official seal.

**MA. NINA DOLOT-CASTRO**
PMB 1065 Box 10005 Saipan, MP 96950
_____NOTARY PUBLIC_____
Notary Public Commonwealth
OF THE NORTHERN MARIANA ISLANDS
My Commission Expires: 10-03-2008

)SEAL(

2

# EXHIBIT 5

| FOR | ) | Island of Guam, Government of Guam |
| | ) | Department of Land Management Office of the Recorder |
| RECORDATION | ) | |
| | ) | File for Record is Instrument No. **769506** |
| AT THE | ) | |
| | ) | On the Year **08** Month **02** Day **28** Time **8:42** |
| DEPARTMENT | ) | |
| | ) | Recording Fee **25 —**  Receipt No. **17286** |
| OF | ) | |
| | ) | Deputy Recorder_____ |
| LAND | ) | |
| | ) | |
| MANAGEMENT | ) | |

(Space Above For Recorder's Use Only)

## AMENDED DEED UPON POWER OF SALE

      **WELLS FARGO FINANCIAL GUAM, INC.**, whose mailing address is 600 Harmon Loop Road, Suite 107, Dededo, Guam 96929, herein referred to as "Grantor," as Mortgagee and holder of the Power of Sale conferred by the Mortgage described below, hereby grants and conveys, but without covenant or warranty, express or implied, to **WELLS FARGO FINANCIAL GUAM, INC.**, whose mailing address is 600 Harmon Loop Road, Suite 107, Dededo, Guam 96929, herein referred to as "Grantee," the following described real property in the Municipality of Asan/Piti, Guam:

>       **Lot No. 2-2, Tract No. 2022, Municipality of Asan/Piti, Guam, as said lot is marked and designated on Drawing No. NS-356FY83, dated February 24, 1987 and recorded on February 1982 in the Department of Land Management, Government of Guam under Instrument No. 335271. Map shows an area of 1797 +/- square meters.**

      Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors both at law and in equity, therein and thereto.

      This deed is made pursuant to the authority and powers given to Grantor by law and by the Mortgage, dated March 25, 2002, made by **ROMY M. MICLAT, JR. AND ANICETA C. MICLAT**, as Mortgagors, to Grantor, as Mortgagee, recorded in the Department of Land Management, Government of Guam, on April 01, 2002, under

Instrument No. 654251, Grantor having complied with all applicable statutory provisions and having performed all of its duties under the Mortgage.

All requirements of law and of the Mortgage relating to the sale and the notice thereof have been complied with. Pursuant to such notice of sale, the above-described property was sold by Grantor, at auction on *February 15, 2008*, at the place and time specified in such notice, to Grantee, who was the highest bidder, for *One Hundred Eighty Six Thousand and no/100 Dollars ($186,000.00)* which has been paid in full.

Grantor by this Deed hereby gives formal notice to **ROMY M. MICLAT, JR. AND ANICETA C. MICLAT**, as Mortgagors, of the **right of redemption**, which expires twelve (12) months from the date of the foreclosure. Grantor and its successors and assigns make this notice without waiver of its right to enforce the rights and obligations contained in the Mortgage and as provided by Guam law. Please contact the undersigned to request the amount necessary to redeem the real property in lawful currency of the United States of America.

Water is immediately available on the property or within 100 feet of the road.

IN WITNESS WHEREOF, Grantor has executed this Deed on this 26th day of February , 2008.

WELLS FARGO FINANCIAL GUAM, INC.

By: _____
Albert V. Manley
Its Duly Authorized Representative

/ /

/ /

/ /

/ /

/ /

/ /

GUAM          )
                 ( *ss:*

City of _____ )

      On this _20th_ day of ___February___, 2008, before me, a Notary Public in and for Guam, personally appeared **ALBERT V. MANLEY,** known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he is the District Manager of **WELLS FARGO FINANCIAL GUAM, INC.** and that he executed the same as his free and voluntary act and deed on behalf of said Institution for the uses and purposes therein set forth.

      IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

) S E A L (

_Marie L.C. Leon Guerrero_
NOTARY PUBLIC

MARISA L.C. LEON GUERRERO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: June 24, 2009
P.O. Box 526120 Hagatna, GU 96932

| FOR | ) |
| RECORDATION | ) |
| AT THE | ) |
| DEPARTMENT | ) |
| OF | ) |
| LAND | ) |
| MANAGEMENT | ) |

Island of Guam, Government of Guam
Department of Land Management Office of the Recorder

File for Recording Instrument No. **769504**

On this 08 Month 02 Day 28 Time 8:38

25 Receipt No. 1786

(Space Above For Recorder's Use Only)

## AMENDED DEED UPON POWER OF SALE

**WELLS FARGO FINANCIAL GUAM, INC.**, whose mailing address is 600 Harmon Loop Road, Suite 107, Dededo, Guam 96929, herein referred to as "Grantor," as Mortgagee and holder of the Power of Sale conferred by the Mortgage described below, hereby grants and conveys, but without covenant or warranty, express or implied, to **WELLS FARGO FINANCIAL GUAM, INC.**, whose mailing address is 600 Harmon Loop Road, Suite 107, Dededo, Guam 96929, herein referred to as "Grantee," the following described real property in the Municipality of Yigo, Guam:

> Lot No. 19-1, Tract No. 292, Municipality of YIGO, Guam, as said lot is marked and designated on Map Drawing No. EMB 87-08 L.M. 202 FY 87, dated on May 19, 1987 and recorded on June 02, 1987 in the Department of Land Management, Government of Guam, under Instrument No. 385699. Map shows an area of 20,000 square feet of 1,858 square meters. Said property is a registered land the Last Certificate of Title No., 92302, Estate No. 63773, Suburban, vested in the name of Aniceta Cesa.

Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors both at law and in equity, therein and thereto.

This deed is made pursuant to the authority and powers given to Grantor by law and by the Mortgage, dated March 25, 2002, made by **ROMY M. MICLAT, JR. AND**

**ANICETA C. MICLAT**, as Mortgagors, to Grantor, as Mortgagee, recorded in the Department of Land Management, Government of Guam, on April 01, 2002, under Instrument No. 654251, Grantor having complied with all applicable statutory provisions and having performed all of its duties under the Mortgage.

All requirements of law and of the Mortgage relating to the sale and the notice thereof have been complied with. Pursuant to such notice of sale, the above-described property was sold by Grantor, at auction on *February 15, 2008*, at the place and time specified in such notice, to Grantee, who was the highest bidder, for *One Hundred Thirteen Thousand Nine Hundred Sixty and no/100 Dollars ($113,960.00)* which has been paid in full.

Grantor by this Deed hereby gives formal notice to **ROMY M. MICLAT, JR. AND ANICETA C. MICLAT**, as Mortgagors, of the **right of redemption**, which expires twelve (12) months from the date of the foreclosure. Grantor and its successors and assigns make this notice without waiver of its right to enforce the rights and obligations contained in the Mortgage and as provided by Guam law. Please contact the undersigned to request the amount necessary to redeem the real property in lawful currency of the United States of America.

Water is immediately available on the property or within 100 feet of the road.

IN WITNESS WHEREOF, Grantor has executed this Deed on this 26th day of Febuary _____, 2008.

WELLS FARGO FINANCIAL GUAM, INC.

By: _____

Albert V. Manley
Its Duly Authorized Representative

/ /

/ /

/ /

/ /

/ /

/ /

GUAM )
( *ss:*
City of _____ )

On this 26th day of February _____, 2008, before me, a Notary Public in and for Guam, personally appeared **ALBERT V. MANLEY**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he is the District Manager of **WELLS FARGO FINANCIAL GUAM, INC.** and that he executed the same as his free and voluntary act and deed on behalf of said Institution for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

) S E A L (

_____
NOTARY PUBLIC

MARISA L.C. LEON GUERRERO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: June 24, 2009
P.O. Box 526120 Hagatna, GU 96932

| | |
|---|---|
| FOR | ) |
| | ) |
| RECORDATION | ) |
| | ) |
| AT THE | ) |
| | ) |
| DEPARTMENT | ) |
| | ) |
| OF | ) |
| | ) |
| LAND | ) |
| | ) |
| MANAGEMENT | ) |

Island of Guam, Government of Guam
Department of Land Management Office of the Recorder

File for Record is Instrument No. **769505**

On the Year _07_ Month _02_ Day _28_ Time _8:10_

Recording Fee _25_ Receipt No. _12286_

Deputy Recorder _____

(Space Above For Recorder's Use Only)

## AMENDED DEED UPON POWER OF SALE

**WELLS FARGO FINANCIAL GUAM, INC.**, whose mailing address is 600 Harmon Loop Road, Suite 107, Dededo, Guam 96929, herein referred to as "Grantor," as Mortgagee and holder of the Power of Sale conferred by the Mortgage described below, hereby grants and conveys, but without covenant or warranty, express or implied, to **TORGUN SMITH**, whose mailing address is P.O. Box 4015, Hagatna, Guam 96932 herein referred to as "Grantee," the following described real property in the Municipality of Barrigada, Guam:

> Unit 307, Villa Puntan Isa Condominium. Lot No. 2049-1-2, Maite, Municipality of Barrigada, Guam as said lot is marked and designated on Drawing No. L-1068, L.M. Check No. 24, recorded in the Department of Land Management, Government of Guam on January 13, 1992 as Instrument No. 465135. Area: 4,252 square meters.

Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors both at law and in equity, therein and thereto.

This deed is made pursuant to the authority and powers given to Grantor by law and by the Mortgage, dated March 25, 2002, made by **ROMY M. MICLAT, JR. AND ANICETA C. MICLAT**, as Mortgagors, to Grantor, as Mortgagee, recorded in the Department of Land Management, Government of Guam, on April 01, 2002, under

Instrument No. 654251, Grantor having complied with all applicable statutory provisions and having performed all of its duties under the Mortgage.

All requirements of law and of the Mortgage relating to the sale and the notice thereof have been complied with. Pursuant to such notice of sale, the above-described property was sold by Grantor, at auction on *February 15, 2008*, at the place and time specified in such notice, to Grantee, who was the highest bidder, for *Fifty Nine Thousand Three Hundred and no/100 Dollars ($59,300.00)* which has been paid in full.

Grantor by this Deed hereby gives formal notice to **ROMY M. MICLAT, JR. AND ANICETA C. MICLAT**, as Mortgagors, of the **right of redemption**, which expires twelve (12) months from the date of the foreclosure. Grantor and its successors and assigns make this notice without waiver of its right to enforce the rights and obligations contained in the Mortgage and as provided by Guam law. Please contact the undersigned to request the amount necessary to redeem the real property in lawful currency of the United States of America.

Water is immediately available on the property or within 100 feet of the road.

IN WITNESS WHEREOF, Grantor has executed this Deed on this 26th day of February, 2008.

WELLS FARGO FINANCIAL GUAM, INC.

By: _____
Albert V. Manley
Its Duly Authorized Representative

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

GUAM        )
                ( *ss:*
City of _____)

On this 26th day of February_____, 2008, before me, a Notary Public in and for Guam, personally appeared **ALBERT V. MANLEY**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he is the District Manager of **WELLS FARGO FINANCIAL GUAM, INC.** and that he executed the same as his free and voluntary act and deed on behalf of said Institution for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

) S E A L (

_Maria L.C. Leon Guerrero_
NOTARY PUBLIC

> MARISA L.C. LEON GUERRERO
> NOTARY PUBLIC
> in and for Guam, U.S.A.
> My Commission Expires: June 24, 2009
> P.O. Box 326120 Hagatna, GU 96932

# EXHIBIT
# 6

**Law Offices of Danilo T. Aguilar**
1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950



Phone #: (670) 234-8801
Fax #:   (670) 234-1251

# Invoice

Invoice #: 70822
Invoice Date: 8/31/2007
Due Date: 9/15/2007

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|----------|-------------|---------|--------|
| | RE: ROMY M. MICLAT JR. & ANICETA C. MICLAT; ACCOUNT NO. 09477526; CIVIL CASE NO. 07-00006 | | |
| 7/23/2007 | Printing & Repro: Photocopies | 39 | 3.90 |
| 7/24/2007 | Printing & Repro: Fax | 1 | 0.10 |
| 7/24/2007 | ~~████████████~~ | 1 | 375.00 |
| 8/1/2007 | Notarial Fee | 1 | 2.00 |
| 8/6/2007 | Printing & Repro: Photocopies | 16 | 1.60 |
| 8/7/2007 | Filing Notice | 1 | 50.00 |
| 8/13/2007 | Printing & Repro: Photocopies6 | 6 | 0.60 |
| 8/13/2007 | Postage | 1 | 5.38 |
| 8/16/2007 | Printing & Repro: Fax | 6 | 0.60 |

| | |
|---|---|
| **Total** | **$439.18** |
| **Payments/Credits** | **$-439.18** |
| **Balance Due** | **$0.00** |

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950



Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

Invoice #: 71021
Invoice Date: 10/31/2007
Due Date: 11/15/2007

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|---|---|---|---|
| | RE: ROMY M. MICLAT JR. & ANICETA C. MICLAT; ACCOUNT NO. 09477526; CIVIL CASE NO. 07-00006 | | |
| 10/10/2007 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 4.0 | 1,200.00 |
| 10/12/2007 | Filing Fees: Notice/ Parcel 1 - Ordot Chalan Pago/Miclat | 1.0 | 15.00 |
| 10/12/2007 | Filing Fees: Notice/Parcel 2 - Yigo/Miclat | 1.0 | 15.00 |
| 10/12/2007 | Filing Fees: Notice/Parcel 3 - Asan/Piti/Miclat | 1.0 | 15.00 |
| 10/12/2007 | Filing Fees: Notice/Parcel 4 - Barrigada/Miclat | 1.0 | 15.00 |
| 10/12/2007 | Printing & Repro: Photocopies | 84.0 | 8.40 |
| 10/15/2007 | Postage | 1.0 | 5.55 |
| 10/18/2007 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 3.4 | 629.00 |
| 10/18/2007 | Printing & Repro: Photocopies | 22.0 | 2.20 |
| 10/22/2007 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 4.5 | 832.50 |
| 10/23/2007 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 2.8 | 518.00 |
| 10/24/2007 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 1.2 | 222.00 |
| 10/24/2007 | Filing: Notice/ Parcel 1 (Ordot Chalan Pago) | 1.0 | 15.00 |
| 10/24/2007 | Filing: Notice/ Parcel 2 ( Yigo) | 1.0 | 15.00 |
| 10/24/2007 | Filing: Notice/ Parcel 3 (Asan/Piti) | 1.0 | 15.00 |
| 10/24/2007 | Filing: Notice/ Parcel 4 ( Barrigada) | 1.0 | 15.00 |
| 10/24/2007 | Printing & Repro: Photocopies | 64.0 | 6.40 |
| 10/26/2007 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 2.4 | 444.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Case 1:07-cv-00006   Document 15   Filed 02/29/2008   Page 29 of 47

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950



Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

Invoice #: 71021
Invoice Date: 10/31/2007
Due Date: 11/15/2007

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|----------|-------------|---------|--------|
| 10/27/2007 | ███████████████████████████████████ | 0.4 | 74.00 |
| 10/31/2007 | ████████████ | 0.3 | 55.50 |

| | |
|---|---|
| Total | $4,117.55 |
| Payments/Credits | $-4,117.55 |
| Balance Due | $0.00 |

Page 2

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950



Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

**Invoice #:** 71115
**Invoice Date:** 11/30/2007
**Due Date:** 12/15/2007

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|---|---|---|---|
| | RE: ROMY M. MICLAT JR. & ANICETA C. MICLAT; ACCOUNT NO. 09477526; CIVIL CASE NO. 07-00006 | | |
| 7/24/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.0 | 0.00 |
| 11/13/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.4 | 74.00 |
| 11/14/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.8 | 148.00 |
| 11/15/2007 | Printing & Repro: Photocopies | 8.0 | 0.80 |
| 11/21/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.4 | 74.00 |
| 11/26/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.4 | 259.00 |
| 11/28/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.2 | 37.00 |
| 11/29/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.5 | 92.50 |
| 11/30/2007 | Printing & Repro: Photocopies | 15.0 | 1.50 |
| 11/30/2007 | Printing & Repro: Photocopies | 3.0 | 0.30 |

| | |
|---|---|
| Total | $687.10 |
| Payments/Credits | $-687.10 |
| Balance Due | $0.00 |

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950



Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

**Invoice #:** 71219
**Invoice Date:** 12/31/2007
**Due Date:** 1/15/2008

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|---|---|---|---|
| | RE: ROMY M. MICLAT JR. & ANICETA C. MICLAT; ACCOUNT NO. 09477526; CIVIL CASE NO. 07-00006 | | |
| 12/3/2007 | Fax Transmission | 2 | 0.20 |
| 12/3/2007 | Photocopies | 3 | 0.30 |
| 12/6/2007 | Photocopies | 45 | 4.50 |
| 12/13/2007 | Fax Transmission | 3 | 0.30 |

| | |
|---|---|
| Total | $5.30 |
| Payments/Credits | $-5.30 |
| Balance Due | $0.00 |

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950

Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

**Invoice #:** 80111
**Invoice Date:** 1/31/2008
**Due Date:** 2/15/2008

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|---|---|---|---|
| | RE: ROMY M. MICLAT JR. & ANICETA C. MICLAT; ACCOUNT NO. 09477526; CIVIL CASE NO. 07-00006 | | |
| 1/7/2008 | Printing & Repro: Photocopies | 3.0 | 0.30 |
| 1/7/2008 | Printing & Repro: Fax | 3.0 | 0.30 |
| 1/7/2008 | Printing & Repro: Fax | 3.0 | 0.30 |
| 1/8/2008 | ███████████████████████████████████ | 0.4 | 74.00 |
| 1/8/2008 | ███████████████████████████████████ | 1.0 | 300.00 |
| 1/8/2008 | ███████████████████████████████████ | 1.0 | 300.00 |
| 1/8/2008 | ███████████████████████████████████ | 1.0 | 300.00 |
| 1/8/2008 | ███████████████████████████████████ | 1.0 | 300.00 |
| 1/10/2008 | Filing Fee: Notice of Sale: Apt. No. H-310 | 1.0 | 15.00 |
| 1/10/2008 | Filing Fee: Notice of Sale: Apt. No. B-207 | 1.0 | 15.00 |
| 1/10/2008 | Filing Fee: Notice of Sale: Unit 307-Villa Puntan Isa | 1.0 | 15.00 |
| 1/10/2008 | Filing Fee: Notice of Sale: Lot No. 2-2; Tract No. 20222 | 1.0 | 15.00 |
| 1/10/2008 | Filing Fee: Notice of Sale: Lot No. 19-1, Tract No. 292 | 1.0 | 15.00 |
| 1/11/2008 | Printing & Repro: Photocopies | 49.0 | 4.90 |
| 1/11/2008 | Printing & Repro: Fax | 26.0 | 2.60 |
| 1/15/2008 | ███████████████████████████████████ | 0.2 | 37.00 |
| 1/17/2008 | Advertising: Sale of Apt. No. H-310 & Apt. No. B -207 | 1.0 | 450.00 |
| 1/17/2008 | Advertising: Sale of Unit 307, Villa Puntan Isa Condominium | 1.0 | 450.00 |
| 1/17/2008 | Advertising: Sale of LOT No. 2-2, Tract No. 2022 | 1.0 | 450.00 |
| 1/17/2008 | Advertising: Sale of LOT No. 19-1, Tract No. 292 | 1.0 | 450.00 |
| 1/17/2008 | Printing & Repro: Fax | 28.0 | 2.80 |
| 1/18/2008 | Printing & Repro: Photocopies | 2.0 | 0.20 |
| 1/18/2008 | Printing & Repro: Fax | 3.0 | 0.30 |
| 1/21/2008 | Printing & Repro: Photocopies | 50.0 | 5.00 |
| 1/21/2008 | Preliminary Title Report: Title Order No. ST-728171/ Apusento Garden Condo., Unit H-310 | 1.0 | 100.00 |
| 1/21/2008 | Preliminary Title Report: Title Order No. ST-728170/ Lot 19-1, Tract 292 Dededo | 1.0 | 100.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 1

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950

Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

Invoice #: 80111
Invoice Date: 1/31/2008
Due Date: 2/15/2008

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|---|---|---|---|
| 1/21/2008 | Preliminary Title Report: Title Order No. ST-728104/ Villa Puntan Isa Condo., Unit 307 | 1.0 | 100.00 |
| 1/21/2008 | Preliminary Title Report: Title Order No. ST-728106/ Apusento Gardens Condo., Unit B-207 | 1.0 | 100.00 |
| 1/22/2008 | Printing & Repro: Photocopies | 39.0 | 3.90 |
| 1/23/2008 | Printing & Repro: Photocopies | 4.0 | 0.40 |
| 1/23/2008 | Printing & Repro: Photocopies | 9.0 | 0.90 |
| 1/24/2008 | ~~[redacted]~~ | 1.8 | 333.00 |
| 1/24/2008 | Printing & Repro: Fax | 37.0 | 3.70 |
| 1/25/2008 | Printing & Repro: Photocopies | 2.0 | 0.20 |
| 1/25/2008 | Printing & Repro: Fax | 3.0 | 0.30 |
| 1/28/2008 | Printing & Repro: Fax | 1.0 | 0.10 |
| 1/28/2008 | Printing & Repro: Fax | 1.0 | 0.10 |
| 1/28/2008 | Posting | 1.0 | 100.00 |
| 1/28/2008 | Posting | 1.0 | 100.00 |
| 1/28/2008 | Posting | 1.0 | 100.00 |
| 1/28/2008 | Posting | 1.0 | 100.00 |
| 1/28/2008 | Posting | 1.0 | 100.00 |
| 1/30/2008 | Printing & Repro: Fax | 38.0 | 3.80 |
| 1/30/2008 | Printing & Repro: Fax | 2.0 | 0.20 |
| 1/31/2008 | Appraisal Services: Apusento Gardens Unit B-207 | 1.0 | 575.00 |
| 1/31/2008 | Appraisal Services: Apusento Gardens Unit H-310 | 1.0 | 575.00 |
| 1/31/2008 | Appraisal Services: Villa Puntan Isa Unit 307 | 1.0 | 575.00 |
| 1/31/2008 | Appraisal Services: Duplex | 2.0 | 900.00 |
| 1/31/2007 | Appraisal Services: Piti Vacant Land | 1.0 | 575.00 |

| | |
|---|---|
| Total | $7,649.30 |
| Payments/Credits | $0.00 |
| Balance Due | $7,649.30 |

Page 2

# Law Offices of Danilo T. Aguilar

1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950

Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

Invoice #: 80203
Invoice Date: 2/28/2008
Due Date: 3/14/2008

**Bill To:**

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey



| Serviced | Description | Hrs/Qty | Amount |
|---|---|---|---|
| | RE: ROMY M. MICLAT JR. & ANICETA C. MICLAT; ACCOUNT NO. 09477526; CIVIL CASE NO. 07-00006 | | |
| 2/5/2008 | | 1.6 | 296.00 |
| 2/5/2008 | Preliminary Title Report Lot 2-2, Tract 2022 Asan Gu | 1.0 | 100.00 |
| 2/5/2008 | Printing & Repro: Fax | 7.0 | 0.70 |
| 2/6/2008 | | 1.4 | 259.00 |
| 2/6/2008 | Printing & Repro: Fax | 16.0 | 1.60 |
| 2/7/2008 | | 2.4 | 444.00 |
| 2/8/2008 | | 0.2 | 37.00 |
| 2/8/2008 | | 0.5 | 92.50 |
| 2/8/2008 | Printing & Repro: Photocopies | 8.0 | 0.80 |
| 2/8/2008 | Printing & Repro: Fax | 19.0 | 1.90 |
| 2/11/2008 | | 2.6 | 481.00 |
| 2/11/2008 | Printing & Repro: Photocopies | 17.0 | 1.70 |
| 2/11/2008 | Printing & Repro: Fax | 48.0 | 4.80 |
| 2/13/2008 | Filing Document | 1.0 | 15.00 |
| 2/14/2008 | Printing & Repro: Photocopies | 3.0 | 0.30 |
| 2/14/2008 | | 1.6 | 296.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

Page 1

**Law Offices of Danilo T. Aguilar**
1st Flr San Jose Court Bldg
Corner Ghiyeghi St & Wischira Wy
P.O. Box 505301 CK
Saipan, MP 96950

Phone #: (670) 234-8801
Fax #: (670) 234-1251

# Invoice

Invoice #: 80203
Invoice Date: 2/28/2008
Due Date: 3/14/2008

Bill To:

Wells Fargo Financial
Suite 107
600 Harmon Loop Rd.
Dededo, GU 96929
Attn: Eddie C. Pelkey

| Serviced | Description | Hrs/Qty | Amount |
|----------|-------------|---------|--------|
| 2/15/2008 | ████████████████████ | 6.2 | 1,147.00 |
| 2/19/2008 | Filing (Land Management) | 1.0 | 315.00 |
| 2/20/2008 | Printing & Repro: Photocopies | 13.0 | 1.30 |
| 2/20/2008 | Printing & Repro: Fax | 3.0 | 0.30 |
| 2/20/2008 | ████████████████████ | 0.7 | 129.50 |
| 2/21/2008 | ████████████████████ | 0.8 | 148.00 |
| 2/22/2008 | ████████████████████ | 3.5 | 647.50 |
| 2/25/2008 | ████████████████████ | 3.8 | 703.00 |
| 2/26/2008 | ████████████████████ | 4.8 | 888.00 |
| 2/26/2008 | Printing & Repro: Photocopies | 10.0 | 1.00 |
| 2/26/2008 | Notarial Fees | 3.0 | 6.00 |
| 2/26/2008 | Printing & Repro: Photocopies | 15.0 | 1.50 |
| 2/26/2008 | Mailing & Postage: FEDEX | 1.0 | 10.00 |
| 2/27/2008 | ████████████████████ | 2.4 | 444.00 |
| 2/27/2008 | Printing & Repro: Photocopies | 2.0 | 0.20 |
| 2/28/2008 | Printing & Repro: Photocopies | 414.0 | 41.40 |

| | |
|---|---|
| Total | $6,516.00 |
| Payments/Credits | $0.00 |
| Balance Due | $6,516.00 |

# EXHIBIT
# 7

# INVOICE

Date:  January 31, 2008

File No.  A-4162/63/64/65 & 4176
Case No.

Prepared for:

Law Offices of Danilo T. Aguilar
1st Floor, San Jose Court Building
Cor. Ghiyeghi Street & Wischira Way
P.O. Box 505301, San Jose
Saipan, MP 96950

Property Appraised:

Listed Below

Work Performed:

| Appraisal Services | $ | |
|---|---|---|
| Apusento Gardens Unit B-207 ($425.00) plus rush fee of $150.00 | $ | 575.00 |
| Apusento Gardens Unit H-310 ($425.00) plus rush fee of $150.00 | $ | 575.00 |
| Villa Puntan Isa Unit 307 ($425.00) plus rush fee of $150.00 | $ | 575.00 |
| Dededo Duplex ($750.00) plus rush fee of $150.00 | $ | 900.00 |
| Piti Vacant Land ($425.00) plus rush fee of $150.00 | $ | 575.00 |
| Total Amount Due: | $ | 3,200.00 |

Please make checks payable to:

Chief Appraisals
P.O. Box 3082
Hagatna, GU 96932

# INVOICE

| BILL TO | | | |
|---|---|---|---|
| Law Offices of Danilo T. Aguilar | | **DATE** | **INVOICE #** |
| | | 2/05/2008 | 94 |
| ATTN: Joji E. Tagaban | | | |
| Ref #: | | | |

**ORDER INFORMATION**

| Buyer/Seller: | Miclat, Jr., Romy M. | |
|---|---|---|
| Escrow #: | | |
| Closing Date: | / / | Title#: 728169 |
| Property: | Lot 2-2, Tract 2022 | |
| | Asan GU | |
| Parcel #'s: | | |

| Date | Description | Liability | Charge |
|---|---|---|---|
| 2/05/2008 | PTR | | $100.00 |
| | | | |
| | | **Balance:** | $100.00 |

**Customer Copy - Original**

# INVOICE

| BILL TO | | DATE | INVOICE # |
|---|---|---|---|
| Law Offices of Danilo T. Aguliar | | 1/21/2008 | 79 |
| | | | |
| ATTN:  Joji E. Tagaban | | | |
| Ref #: | | | |

**ORDER INFORMATION**

| | | | |
|---|---|---|---|
| Buyer/Seller: | Miclat, Romy | | |
| Escrow #: | | Title#: 728170 | |
| Closing Date: | / / | | |
| Property: | Lot 19-1, Tract 292 | | |
| | Dededo GU | | |
| Parcel #'s: | | | |

| Date | Description | Liability | Charge |
|---|---|---|---|
| 1/21/2008 | PTR | | $100.00 |
| | | | |
| | | **Balance:** | $100.00 |

# INVOICE

| BILL TO | | DATE | INVOICE # |
|---|---|---|---|
| Law Offices of Danilo T. Aguilar | | 1/21/2008 | 80 |
| ATTN: Joji E. Tagaban | | | |
| Ref #: | | | |

**ORDER INFORMATION**

| | |
|---|---|
| Buyer/Seller: | Miclat, Jr., Romy M. |
| Escrow #: | Title#: 728104 |
| Closing Date: | / / |
| Property: | Villa Puntan Isa Condominium, Unit 307 |
| | Mangilao GU |
| Parcel #'s: | |

| Date | Description | Liability | Charge |
|---|---|---|---|
| 1/21/2008 | PTR | | $100.00 |
| | | **Balance:** | $100.00 |

# INVOICE

| BILL TO | | DATE | INVOICE # |
|---|---|---|---|
| Law Offices of Danilo T. Aguilar | | 1/21/2008 | 78 |

ATTN:  Joji E. Tagaban
Ref #:

**ORDER INFORMATION**

| | | | |
|---|---|---|---|
| Buyer/Seller: | Miclat, Jr., Romy M. | | |
| Escrow #: | | Title#: 728171 | |
| Closing Date: | / / | | |
| Property: | Apusento Gardens Unit H-310 | | |
| | Ordot Chalan Pago GU | | |

Parcel #'s:

| Date | Description | Liability | Charge |
|---|---|---|---|
| 1/21/2008 | PTR | | $100.00 |
| | | **Balance:** | $100.00 |

**Customer Copy - Original**

# INVOICE

| BILL TO | | DATE | INVOICE # |
|---|---|---|---|
| Law Offices of Danilo T. Aguilar | | 1/21/2008 | 81 |
| | | | |
| ATTN:  Joji E. Tagaban | | | |
| Ref #: | | | |

**ORDER INFORMATION**

| | | |
|---|---|---|
| Buyer/Seller: | Miclat, Jr., Romy M. | |
| Escrow #: | | Title#: 728106 |
| Closing Date: | / / | |
| Property: | Apusento Gardens Unit B-207 | |
| | Ordot - Chalan Pago GU | |
| | | |
| Parcel #'s: | | |

| Date | Description | Liability | Charge |
|---|---|---|---|
| 1/21/2008 | PTR | | $100.00 |
| | | | |
| | | **Balance:** | **$100.00** |

**Office Copy - Original**

# EXHIBIT
# 8

LAW OFFICE OF DANILO T. AGUILAR
ADVANCED COST TRANSACTIONS

CLIENT/ CLIENT JOB: WELLS FARGO FINANCIAL vs. ROMY M. MICLAT JR & ANICETA C. MICLAT
ACCOUNT No.: 09477526
CASE NO. : CIVIL CASE NO. 07-00006

| DATE | REF | TRANSACTIONS | AMOUNT |
|---|---|---|---|
| 01/17/2008 | Csh | Advertising: Sale of Apt. No. H-310 & Apt. No. B -207 | 450.00 |
| 01/17/2008 | Csh | Advertising: Sale of Unit 307, Villa Puntan Isa Condominium | 450.00 |
| 01/17/2008 | Csh | Advertising: Sale of LOT No. 2-2, Tract No. 2022 | 450.00 |
| 01/17/2008 | Csh | Advertising: Sale of LOT No. 19-1, Tract No. 292 | 450.00 |
| | | Total Advertising | 1,800.00 |
| | | | |
| 01/31/2008 | A-4162 | Appraisal Services: Apusento Gardens Unit B-207 ($425.00 plus rush fee $150) | 575.00 |
| 01/31/2008 | A-4163 | Appraisal Services: Apusento Gardens Unit H-310 ($425.00 plus rush fee of $150.00) | 575.00 |
| 01/31/2008 | A-4164 | Appraisal Services: Villa Puntan Isa Unit 307 ($425.00 plus rush fee of $150.00) | 575.00 |
| 01/31/2008 | A-4165 | Appraisal Services: Duplex ($750.00 plus rush fee of $150.00) | 900.00 |
| 01/31/2008 | a-A-4176 | Appraisal Services: Piti Vacant Land | 575.00 |
| | | Total Appraisal Services | 3,200.00 |
| | | | |
| 07/24/2007 | Csh | Printing & Repro: Fax | 0.10 |
| 08/16/2007 | Csh | Printing & Repro: Fax | 0.60 |
| 12/03/2007 | Csh | Fax Transmission | 0.20 |
| 12/13/2007 | Csh | Fax Transmission | 0.30 |
| 01/07/2008 | Csh | Printing & Repro: Fax | 0.30 |
| 01/07/2008 | Csh | Printing & Repro: Fax | 0.30 |
| 01/11/2008 | Csh | Printing & Repro: Fax | 2.60 |
| 01/17/2008 | Csh | Printing & Repro: Fax | 2.80 |
| 01/18/2008 | Csh | Printing & Repro: Fax | 0.30 |
| 01/24/2008 | Csh | Printing & Repro: Fax | 3.70 |
| 01/25/2008 | Csh | Printing & Repro: Fax | 0.30 |
| 01/28/2008 | Csh | Printing & Repro: Fax | 0.10 |
| 01/28/2008 | Csh | Printing & Repro: Fax | 0.10 |
| 01/30/2008 | Csh | Printing & Repro: Fax | 3.80 |
| 01/30/2008 | Csh | Printing & Repro: Fax | 0.20 |
| 02/05/2008 | Csh | Printing & Repro: Fax | 0.70 |
| 02/06/2008 | Csh | Printing & Repro: Fax | 1.60 |
| 02/08/2008 | Csh | Printing & Repro: Fax | 0.80 |
| 02/11/2008 | Csh | Printing & Repro: Fax | 4.80 |
| 02/20/2008 | Csh | Printing & Repro: Fax | 0.30 |
| | | Total Fax Transmission | 23.90 |
| | | | |
| 08/07/2007 | Csh | Filing: Notice | 50.00 |
| 10/12/2007 | Csh | Filing: Notice/ Parcel 1 - Ordot Chalan Pago/Miclat | 15.00 |
| 10/12/2007 | Csh | Filing: Notice/Parcel 2 - Yigo/Miclat | 15.00 |
| 10/12/2007 | Csh | Filing: Notice/Parcel 3 - Asan/Piti/Miclat | 15.00 |
| 10/12/2007 | Csh | Filing: Notice/ Parcel 4 - Barrigada/Miclat | 15.00 |
| 10/24/2007 | Csh | Filing: Notice/ Parcel 1 (Ordot Chalan Pago) | 15.00 |
| 10/24/2007 | Csh | Filing: Notice/ Parcel 2 ( Yigo) | 15.00 |
| 10/24/2007 | Csh | Filing: Notice/ Parcel 3 (Asan/Piti) | 15.00 |
| 10/24/2007 | Csh | Filing: Notice/ Parcel 4 ( Barrigada) | 15.00 |
| 01/10/2008 | Csh | Filing: Notice of Sale: Apt. No. H-310 | 15.00 |
| 01/10/2008 | Csh | Filing: Notice of Sale: Apt. No. B-207 | 15.00 |
| 01/10/2008 | Csh | Filing: Notice of Sale: Unit 307-Villa Puntan Isa | 15.00 |
| 01/10/2008 | Csh | Filing: Notice of Sale: Lot No. 2-2; Tract No. 20222 | 15.00 |
| 01/10/2008 | Csh | Filing: Notice of Sale: Lot No. 19-1, Tract No. 292 | 15.00 |
| 02/13/2008 | Csh | Filing: Documents (Release of Lis Pendes by BOG) | 15.00 |

| DATE | REF | TRANSACTIONS | AMOUNT |
|---|---|---|---|
| 02/19/2008 | Csh | Filing: Deed & COS | 315.00 |
| | | Total Filing | 575.00 |
| | | | |
| 08/13/2007 | Csh | Mailing & Postage: Certified Mail | 5.38 |
| 10/15/2007 | Csh | Mailing & Postage: Certified Mail | 5.55 |
| 02/26/2008 | Csh | Mailing & Postage: FEDEX | 10.00 |
| | | Total Mailing & Postage | 20.93 |
| | | | |
| 08/01/2007 | Csh | Notarial Fee | 2.00 |
| 02/26/2008 | Csh | Notarial Fees | 6.00 |
| | | Total Notarial Fees | 8.00 |
| | | | |
| 07/23/2007 | Csh | Printing & Repro: Photocopies | 3.90 |
| 08/06/2007 | Csh | Printing & Repro: Photocopies | 1.60 |
| 08/13/2007 | Csh | Printing & Repro: Photocopies | 0.60 |
| 10/12/2007 | Csh | Printing & Repro: Photocopies | 8.40 |
| 10/18/2007 | Csh | Printing & Repro: Photocopies | 2.20 |
| 10/24/2007 | Csh | Printing & Repro: Photocopies | 6.40 |
| 11/15/2007 | Csh | Printing & Repro: Photocopies | 0.80 |
| 11/30/2007 | Csh | Printing & Repro: Photocopies | 1.50 |
| 11/30/2007 | Csh | Printing & Repro: Photocopies | 0.30 |
| 12/03/2007 | Csh | Printing & Repro: Photocopies | 0.30 |
| 12/06/2007 | Csh | Printing & Repro: Photocopies | 4.50 |
| 01/07/2008 | Csh | Printing & Repro: Photocopies | 0.30 |
| 01/11/2008 | Csh | Printing & Repro: Photocopies | 4.90 |
| 01/18/2008 | Csh | Printing & Repro: Photocopies | 0.20 |
| 01/21/2008 | Csh | Printing & Repro: Photocopies | 5.00 |
| 01/22/2008 | Csh | Printing & Repro: Photocopies | 3.90 |
| 01/23/2008 | Csh | Printing & Repro: Photocopies | 0.40 |
| 01/23/2008 | Csh | Printing & Repro: Photocopies | 0.90 |
| 01/25/2008 | Csh | Printing & Repro: Photocopies | 0.20 |
| 02/08/2008 | Csh | Printing & Repro: Photocopies | 1.90 |
| 02/11/2008 | Csh | Printing & Repro: Photocopies | 1.70 |
| 02/14/2008 | Csh | Printing & Repro: Photocopies | 0.30 |
| 02/20/2008 | Csh | Printing & Repro: Photocopies | 1.30 |
| 02/26/2008 | Csh | Printing & Repro: Photocopies | 1.00 |
| 02/26/2008 | Csh | Printing & Repro: Photocopies | 1.50 |
| 02/27/2008 | Csh | Printing & Repro: Photocopies | 0.20 |
| 02/28/2008 | Csh | Printing & Repro: Photocopies | 41.40 |
| | | Total Photocopies | 95.60 |
| | | | |
| 01/28/2008 | 080128 | Posting | 100.00 |
| 01/28/2008 | 080128 | Posting | 100.00 |
| 01/28/2008 | 080128 | Posting | 100.00 |
| 01/28/2008 | 080128 | Posting | 100.00 |
| 01/28/2008 | 080128 | Posting | 100.00 |
| | | Total Process Service | 500.00 |
| | | | |
| 01/21/2008 | 78 | Preliminary Title Report: Title Order No. ST-728171/ Apusento Garden Condo., Unit H-310 | 100.00 |
| 01/21/2008 | 79 | Preliminary Title Report: Title Order No. ST-728170/ Lot 19-1, Tract 292 Dededo | 100.00 |
| 01/21/2008 | 80 | Preliminary Title Report: Title Order No. ST-728104/ Villa Puntan Isa Condo., Unit 307 | 100.00 |
| 01/21/2008 | 81 | Preliminary Title Report: Title Order No. ST-728106/ Apusento Gardens Condo., Unit B-207 | 100.00 |
| 02/05/2008 | 94 | Preliminary Title Report Lot 2-2, Tract 2022 Asan Gu | 100.00 |
| | | Total PTR | 500.00 |
| | | TOTAL COSTS | 6,723.43 |

# MAGAS BUSINESS PROCESS SERVICE
## 109 Sgt E Cruz Street
## Santa Rita, Guam 96915
## 688-3607

**Bill To: Law Offices of Danilo T. Aguilar  080128**                    **January 28, 2008**

|    |   | Name | Case Number | Document | Service Date | Amount |
|----|---|------|-------------|----------|--------------|--------|
| 1  |   | Romy & Aniceta Miclat |  | Posting | 1/23/2007 | $100.00 |
| 2  |   | Romy & Aniceta Miclat |  | Posting | 1/23/2007 | $100.00 |
| 3  |   | Romy & Aniceta Miclat |  | Posting | 1/25/2007 | $100.00 |
| 4  |   | Romy & Aniceta Miclat |  | Posting | 1/25/2007 | $100.00 |
| 5  |   | Romy & Aniceta Miclat |  | Posting | 1/25/2007 | $100.00 |
| 6  |   |  |  |  |  |  |
| 7  |   |  |  |  |  |  |
| 8  |   |  |  |  |  |  |
| 9  |   |  |  |  |  | *posted* |
| 10 |   |  |  |  |  |  |
| 11 |   |  |  |  |  |  |
| 12 |   |  |  |  | TOTAL: | $500.00 |
| 13 |   |  |  |  |  |  |
| 14 |   |  |  |  |  |  |
| 15 |   |  |  |  |  |  |

Make Check Payable To: MAGAS