MiclatYigo.REL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

MAR 0 6 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00006 |
| Plaintiff, | |
| vs. | **RELEASE OF LIS PENDENS** |
| LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States of America, represented by the United States Attorney's Office does hereby certify that a certain Lis Pendens executed by Karon V. Johnson, Assistant U.S. Attorney upon the following property situated in the municipality of Piti, Guam, to Wit:

> Lot No. 19-1, Tract No. 292, Municipality of Yigo, Guam, as said lot is marked and designated on Map Drawing No. EBM 87-08, L.M. 202 FY 87, dated on May 19, 1987 and recorded on June 02, 1987 in the Department of Land Management, Government of Guam under Instrument No. 385699. Map shows an area of 20,000 square feet of 1,858 square meters. Said property is a registered land, the Last Certificate of Title No. 92302, Estate No. 63773, Suburban, vested in the name of Aniceta Cesa.

-1-

and recorded under Instrument No.753044 at the Guam Department of Land Management is fully released and discharged.

Dated this 5th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney