MiclatPiti.REL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

MAR 0 6 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00006 |
| Plaintiff, | |
| vs. | **RELEASE OF LIS PENDENS** |
| LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States of America, represented by the United States Attorney's Office does hereby certify that a certain Lis Pendens executed by Karon V. Johnson, Assistant U.S. Attorney upon the following property situated in the municipality of Piti, Guam, to Wit:

> **Lot No. 2-2, Tract No. 2022, Municipality of Asan/Piti, Guam, as said lot is marked and designated on Drawing No. MS-356FY83, dated February 24, 1983 and recorded on February 24, 1983 in the Department of Land Management, Government of Guam under Instrument No. 335271. Map shows an area of 1797 +/- square meters.**

and recorded under Instrument No. 753045 at the Guam Department of Land Management,

-1-

is fully released and discharged.

Dated this 5th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney