Miclat307.REL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

MAR 1 2 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UNIT 307 VILLA PUNTAN ISA,<br>DESCRIBED AS LOT 5370-3-1,<br><br>Defendant. | CIVIL CASE NO. 07-00006<br><br>**RELEASE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN that the United States of America, represented by the United States Attorney's Office does hereby certify that a certain Lis Pendens executed by Karon V. Johnson, Assistant U.S. Attorney upon the following property situated in the municipality of Barrigada, Guam, to Wit:

> **Unit 307, Villa Puntan Isa Condominium. Lot No. 2049-1-2, Maite, Municipality of Barrigada, Guam as said lot is marked and designated on Drawing No. L-1068, L.M. Check No. 24, recorded in the Department of Land Management, Government of Guam on January 13, 1992 as Instrument No. 465135. Area: 4,252 square meters,**

\\

-1-

is fully released and discharged.

Dated this __12th__ day of March, 2008.

                                          LEONARDO M. RAPADAS  
                                        United States Attorney  
                                        Districts of Guam and the NMI

By:    */s/ Karon V. Johnson*  
        KARON V. JOHNSON  
        Assistant U.S. Attorney

-2-