CARLSMITH BALL LLP

ELYZE J. MCDONALD
CAREY M. AUSTIN
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Tel No. 671.472.6813
Email: emcdonald@carlsmith.com

Attorneys for Defendants
Bank of Hawaii

FILED
DISTRICT COURT OF GUAM
MAR 24 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>UNIT H-310 APUSENTO GARDEN DESCRIBED AS LOT 3381-9NEW-NEW-H310<br>UNITB207 APUSENTO GARDEN DESCRIBED AS LOT 3381-9NEW-NEW-B207, and<br>APPROXIMATELY $6,240.65 IN UNITED STATES CURRENCY,<br>Defendants. | CIVIL CASE NO. 07-00006<br><br>**CLAIMANT BANK OF HAWAII'S ANSWER TO AMENDED VERIFIED COMPLAINT OF FORFEITURE FILED ON MARCH 12, 2008; DECLARATION OF SERVICE** |

The Answer of Claimant BANK OF HAWAII ("BoH"), in answer to Plaintiff's Amended Verified Complaint of Forfeiture ("Amended Complaint"), filed on March 12, 2008 herein respectfully shows:

1. In response to the allegations set forth in Paragraph 1 of the Amended Complaint, BoH admits that the United States filed a Verified Complaint of Forfeiture,

ORIGINAL

affirmatively alleges that said Verified Complaint speaks for itself, and realleges and incorporates its Answer to Verified Complaint of Forfeiture filed on February 6, 2008.

2. BoH admits the allegations set forth in Paragraphs 2, 4 and 5 of the Amended Complaint upon information and belief.

3. In response to the allegations set forth in Paragraph 3 of the Amended Complaint, BoH admits that Wells Fargo filed a Report of Sale, and affirmatively alleges that said Report of Sale speaks for itself; and BoH has no information or knowledge regarding the remaining allegations of said Paragraph 3, and therefore denies those allegations.

4. In response to the allegations set forth in Paragraph 6 of the Amended Complaint, BoH affirmatively alleges that it is an innocent owner, within the meaning of 18 U.S.C. §§ 981(a)(2) and 983(d), of Defendants *in rem* referenced in said Paragraph 6 by way of a constructive trust which arose under Guam law under the circumstances referenced in Exhibit A to Exhibit 1 to the Amended Complaint, and therefore denies that those Defendants are subject to forfeiture to the United States.

5. Any allegations not specifically admitted herein are denied.

WHEREFORE, BoH prays that a judgment issue decreeing Bank of Hawaii to be the lawful and innocent owner of the Defendants *in rem*, and/or proceeds thereof, that the Amended Complaint be dismissed, and for such other and further relief as this Honorable Court may deem just and proper under the circumstances.

DATED: Hagåtña, Guam, March 24, 2008.

CARLSMITH BALL LLP

ELYZE J. MCDONALD
CAREY M. AUSTIN
Attorneys for Defendants
BANK OF HAWAII

# EXHIBIT

# “1”

CARLSMITH BALL LLP

ELYZE J. McDONALD
CAREY M. AUSTIN
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Claimant
Bank of Hawaii

FILED
DISTRICT COURT OF GUAM

FEB 06 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H-310,<br><br>UNIT B-207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW H310,<br><br>UNIT 307 VILLA PUNTAN ISA, DESCRIBED AS LOT 5370-3-1,<br><br>LOT NO. 2-2, TRACT NO. 2022, MUNICIPALITY OF ASAN/PITI, GUAM,<br><br>and<br><br>LOT NO. 19-1, TRACT NO. 292, MUNICIPALITY OF YIGO, GUAM.,<br><br>Defendants. | CIVIL CASE NO. 07-00006<br><br>**CLAIMANT BANK OF HAWAII'S ANSWER TO VERIFIED COMPLAINT OF FORFEITURE; DECLARATION OF SERVICE** |

US Attorney's Office
Districts of Guam & NMI
FEB 06 2008
Time ______
Receiving name [illegible]
Date keyed in Dbase ______
Entered into Dbase by: ______

BRONZE & TANG, P.C.
Date: 2-6-08
Time: 2:21 pm
Received: [illegible]

## ANSWER TO VERIFIED COMPLAINT OF FORFEITURE

Claimant Bank of Hawaii hereby answers Verified Complaint of Forfeiture ("Complaint") filed by the United States of America on March 30, 2007 herein as follows:

1. Bank of Hawaii admits the allegations set forth in paragraphs 1, 2, 3 and 4 of the Complaint.

2. In response to the allegations set forth in Paragraph 6 of the Complaint, Bank of Hawaii affirmatively alleges that it is an innocent owner, within the meaning of 18 U.S.C. §§ 981(a)(2) and 983(d), of Defendants *in rem* referenced in said Paragraph 6 by way of a constructive trust which arose under Guam law under the circumstances referenced in Exhibit A to the Complaint, and therefore denies that those Defendants are subject to forfeiture to the United States.

Therefore, Claimant Bank of Hawaii prays that a judgment issue decreeing Bank of Hawaii to be the lawful and innocent owner of the Defendants *in rem*, and/or the proceeds thereof after the satisfaction of any valid and senior liens, and that the Complaint be dismissed.

DATED: Hagåtña, Guam, February 6, 2008.

CARLSMITH BALL LLP

ELYZE J. MCDONALD
Attorneys for Claimant
Bank of Hawaii

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on February 6, 2008, I will cause to be served, via hand delivery, a true and correct copy of CLAIMANT BANK OF HAWAII'S ANSWER TO VERIFIED COMPLAINT OF FORFEITURE; DECLARATION OF SERVICE upon the following Counsels of record:

**Karon Johnson, Esq.**
**OFFICE OF THE U.S. ATTORNEY**
**Sirena Plaza, Suite 500**
**108 Hernan Cortez Avenue**
**Hagatna, Guam 96910**

**Attorneys for Plaintiff U.S.A.**

**AND**

**Danilo T. Aguilar, Esq.**
**c/o BRONZE & TANG**
**J & G Commercial & Professional Center, Suite 107-C**
**138 East Marine Corps Drive**
**Hagatna, Guam 96910**

**Attorneys for Wells Fargo Financial Guam, Inc.**

Executed this 6th day of February, 2008 at Hagåtña, Guam.

ELYZE J. McDONALD

## CERTIFICATE OF SERVICE

The undersigned hereby declares that on the 24th day of March 2008, I will cause to be served, via hand delivery, a true and correct copy of the **CLAIMANT BANK OF HAWAII'S ANSWER TO AMENDED VERIFIED COMPLAINT OF FORFEITURE FILED ON MARCH 12, 2008; DECLARATION OF SERVICE** upon Plaintiffs' Counsel of record as follows:

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Herman Cortes
Hagåtña, Guam 96910

Attorneys for the United States of America

DATED: Hagåtña, Guam, March 24, 2008.

ELYZE J. MCDONALD
CAREY M. AUSTIN