Miclat307.REL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 04 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIT 307 VILLA PUNTAN ISA, ) <br> DESCRIBED AS LOT 5370-3-1, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 07-00006 <br><br> **AMENDED RELEASE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN that the United States of America, represented by the United States Attorney's Office does hereby certify that a certain Lis Pendens executed by Karon V. Johnson, Assistant U.S. Attorney upon the following property more particularly described as follows:

> **Unit 307, Villa Puntan Isa Condominium. Lot Number 5370-3-1-1, Mangilao (formerly of Barrigada), Guam Suburban, as said Lot is described in that Parceling of Basic Lot No. 5370-3-1, as shown on Drawing Number TRA 05-74, as L.M. Check Number 461 FY 74, dated 30 May 74 and recorded 11 June 74 under Instrument No. 236899,**

\\
\\

-1-

is fully released and discharged.

Dated this __3rd__ day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney