1  Miclat.Writ

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortes
5  Hagåtña, Guam 96910
   PHONE: (671) 472—7332
6  FAX:   (671) 472—7334

7  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 07-00006 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF ENTRY** |
| UNIT H-310 APUSENTO GARDEN, ) DESCRIBED AS LOT 3381-9NEW-NEW- ) H310, ) | |
| UNIT B207 APUSENTO GARDEN, ) DESCRIBED AS LOT 3381-9NEW-NEW- ) B207, and ) | |
| $6,240.65 IN UNITED STATES CURRENCY, ) | |
| Defendants. ) | |

The United States having filed an Amended Verified Complaint for Forfeiture in Rem against the defendant real properties, whose legal description is attached as Attachment A; and

The United States having not requested authority to seize the defendant real properties at this time but having stated that it will post notice of the Amended Complaint for Forfeiture In Rem on the defendant real properties and serve notice of this action and a copy of the Complaint on the owner of said properties under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the defendant real properties,

1 including any structures, for the purpose of conducting an inspection and inventory of the
defendant real properties and, as provided in 19 U.S.C. § 1606, to conduct an appraisal of each;

**IT IS HEREBY ORDERED** that the United States Marshals Service or its designee, is hereby authorized:

1. To enter the defendant real properties, including any structures, on one or more occasions during the pendency of this in rem forfeiture action against the defendant real properties, for the purpose of conducting an inspection and inventory and appraisal of the defendant real properties;

2. To be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography;

3. To be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real properties, which inspection and inventory may include, among other means, still and video photography; and

4. To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 21, 2008**

**ATTACHMENT A**

1) UNIT H-310 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW-H310, and

2) UNIT B207 APUSENTO GARDEN, DESCRIBED AS LOT 3381-9NEW-NEW-B207.

-3-